# EXHIBIT 3





KC

## Oklahoma County Sheriff's Office
### Incident Report
2101 NE 36th St. Oklahoma City, OK 73111
Phone: (405) 713 - 1000 Fax: (405) 713 - 1994

| ORI | County | Venue | Report # |
|---|---|---|---|
| OK0550000 | Oklahoma County | Oklahoma City | 202101592 |

| Report Date / Time (US/Central) | Occurrence Date / Time | File Class |
|---|---|---|
| 08/04/2021 14:46 Hrs | 08/04/2021 14:21 Hrs | |

| Nature of Incident | Supplements |
|---|---|
| Death Investigation | Approved Report (4) |

**Summary**
DEATH

### Incident Location

| Address | City | State | ZIP | Country |
|---|---|---|---|---|
| 1399 North Sooner Road | Oklahoma County | | 0 | United States of America |

| County: | Township of Occurrence | Clery Location |
|---|---|---|
| Oklahoma County | | |

| Latitude | Longitude | Beat | Sub-Beat |
|---|---|---|---|
| 35.482154 | -97.424006 | | |

**Comments**
ON WEST SIDE OF SOUTHBOUND SOONER

### Officers Involved

| Role | Name | Agency | Supp # |
|---|---|---|---|
| Assisting | Captain S. Shelby (#5499) | Oklahoma County Sheriff's Office | 0 |
| Assisting | Deputy L. Cornish (#159) | Oklahoma County Sheriff's Office | 0 |
| Assisting | Investigator S. Lira (#9250) | Oklahoma County Sheriff's Office | 0 |
| Assisting | Lieutenant B. Slimp (#3813) | Oklahoma County Sheriff's Office | 0 |
| Assisting | Sergeant J. Albert (#3037) | Oklahoma County Sheriff's Office | 0 |
| Assisting | Sergeant K. Frazier (#8641) | Oklahoma County Sheriff's Office | 0 |
| Assisting | Sergeant L. Novotny (#4326) | Oklahoma County Sheriff's Office | 0 |
| Reporting | Deputy W. White (#8942) | Oklahoma County Sheriff's Office | 0 |

### Incident People

### Incident Vehicles

| Role | | | | Supp # |
|---|---|---|---|---|
| Other | | | | 0 |

| Year | Make | Model | Type | Style |
|---|---|---|---|---|
| 2017 | NISSAN(NISS) | TITAN | Truck/SUV | Pickup |

| VIN | License #/State: | License Month/Year | License Type |
|---|---|---|---|
| | | | |

| Odometer | Color | Motorcycle CCS | Misc Id |
|---|---|---|---|
| | Aluminum, Silver | | |

| Owner | Value |
|---|---|
| Redacted | |

| Status | Locked | Keys in Vehicle |
|---|---|---|
| Other(#0) | N | N |

**Vehicle Damage**
PS FRONT END

| Vehicle Role | Total Value |
|---|---|
| Other | $ 0.00 |

**Grand Total of Vehicle Loss:**

## Incident Narratives

# Original Narrative

Author: Deputy W. White #8942
Date Created: 08/08/2021 2047 Hrs
Supp #: 0

On 08/04/2021 at approximately 1415 hours, Lt. Slimp and I received notification of a person who was struck by a vehicle at 1399 N. Sooner Rd. Upon arrival Midwest City Police Department had created a perimeter, and was managing the crime scene where a body was laying in the southbound lane of N. Sooner Rd. covered with a white sheet. I took over responsibilities of the crime scene log from Sgt. Kreider.

I began collecting information from Oklahoma City Police Officer Sgt. Burton who originally dropped the deceased Ernest Antwine after removing him from his mother's house. He informed me Ernest was a known mental health consumer, PCP user, and homeless. He stated he dropped Ernest off in "no man's land" (referring to the gravel road on the west side of the road at 1399 N. Sooner Rd.) after forcefully removing him from the front porch of his mother's home.

OCSO Investigators and 30 Squad Investigators arrived on scene and began interviewing witnesses and the driver of the vehicle which struck Ernest Antwine. At approximately 1426 OCSO took control of the crime scene.

I collected witness statements from Phillip Hinton, Ralph Carthers, and the driver Robert Dunn and assisted investigations in collecting information from the witnesses.

At approximately 1620 hours the Medical Examiner Janice Wilkinson had the body removed from the scene where the scene was cleared.

Lt. Slimp and I left the scene to notify the next of kin at 1625 NE 25th Street.

We notified Ernest's mother Shirley Ann Antwine her son had passed and informed her one of our investigators would be contacting her the next day to give her more information. While speaking with Shirley she asked if her son died in the Oklahoma County Detention Center. I informed her he was not in custody when he died. She responded and stated "those officers knew his condition, why did they leave him alone?" I informed Shirley we are looking into it and it is part of an ongoing investigation. I gave Shirley information provided by the medical examiner for the Family Assistance Coordinator.

Lt. Slimp and I left Shirley in the care of her husband and son present.

Signed: Deputy W. White #8942
Reviewed: Lieutenant B. Slimp #3813



# Oklahoma County Sheriff's Office

## Incident Report

2101 NE 36th St. Oklahoma City, OK 73111

Phone: (405) 713 - 1000 Fax: (405) 713 - 1994

| ORI | County | Venue | Report # |
|---|---|---|---|
| OK0550000 | Oklahoma County | Oklahoma City | 202101592 |
| Report Date / Time | Occurrence Date / Time | | File Class |
| 08/04/2021 14:46 Hrs | 08/04/2021 14:21 Hrs | | |

(US/Central)

| Nature of Incident | Supplements |
|---|---|
| Death Investigation | Approved Report (4) |

| Summary |
|---|
| DEATH |

## Incident Location

| Address | City | State | ZIP | Country |
|---|---|---|---|---|
| 1399 North Sooner Road | Oklahoma County | | 0 | United States of America |

| County: | Township of Occurrence | Clery Location |
|---|---|---|
| Oklahoma County | | |

| Latitude | Longitude | Boat | Sub-Boat |
|---|---|---|---|
| 35.482154 | -97.424006 | | |

| Comments |
|---|
| ON WEST SIDE OF SOUTHBOUND SOONER |

## Officers Involved

| Role | Name | Agency | Supp # |
|---|---|---|---|
| Assisting | Captain S. Shelby (#5499) | Oklahoma County Sheriff's Office | 0 |
| Assisting | Deputy L. Cornish (#159) | Oklahoma County Sheriff's Office | 0 |
| Assisting | Investigator S. Lira (#9250) | Oklahoma County Sheriff's Office | 0 |
| Assisting | Lieutenant B. Slimp (#3813) | Oklahoma County Sheriff's Office | 0 |
| Assisting | Sergeant J. Albert (#3037) | Oklahoma County Sheriff's Office | 0 |
| Assisting | Sergeant K. Frazier (#8641) | Oklahoma County Sheriff's Office | 0 |
| Assisting | Sergeant L. Novotny (#4326) | Oklahoma County Sheriff's Office | 0 |
| Reporting | Deputy W. White (#8942) | Oklahoma County Sheriff's Office | 0 |

## Incident People

## Incident Vehicles

| Role | | | | Supp # |
|---|---|---|---|---|
| Other | | | | 0 |
| Year | Make | Model | Type | Style |
| 2017 | NISSAN(NISS) | TITAN | Truck/SUV | Pickup |
| VIN | License #/State: | License Month/Year | License Type | |
| | | | | |
| Odometer | Color | Motorcycle CCS | Misc Id | |
| | Aluminum, Silver | | | |
| Owner | | Value | | |
| Redacted | | | | |
| Status | | Locked | Keys in Vehicle | |
| Other(#0) | | N | N | |

| Vehicle Damage |
|---|
| PS FRONT END |

| Vehicle Role | Total Value |
|---|---|
| Other | $ 0.00 |

| Grand Total of Vehicle Loss: |
|---|
| |

Report Run On Wednesday, October 13, 2021  By H. Eronini