# EXHIBIT 5

# Incident Detail Report

Data Source: Data Warehouse
Incident Status: Closed
Incident number: 202108-0011149
Case Numbers:
Incident Date: 8/4/2021 17:56:24
Report Generated: 9/16/2021 08:51:30

## Incident Information

| Field | Value | Field | Value |
|---|---|---|---|
| Incident Type: | 1-MAN | Alarm Level: | |
| Priority: | P6 Time is not a factor/Report | Problem: | OTHER TYPE CALLS <55IM |
| Determinant: | | Agency: | Oklahoma City Police Dept |
| Base Response#: | 08042021-0042131 | Jurisdiction: | SPRINGLAKE |
| Confirmation#: | | Division: | SL2 |
| Taken By: | PM3178-MORRISON, PEGGY L | Battalion: | C6 |
| Response Area: | C6 | Response Plan: | C6 1-MAN |
| Disposition: | | Command Ch: | |
| Cancel Reason: | | Primary TAC: | |
| Incident Status: | Closed | Secondary TAC: | |
| Certification: | | Delay Reason (if any): | |
| Longitude: | 97486273 | Latitude: | 35495479 |

## Incident Location

| Field | Value | Field | Value |
|---|---|---|---|
| Location Name: | | County: | Oklahoma |
| Address: | 1439 Ne 25th St | Location Type: | |
| Apartment: | | Cross Street: | FONSHILL AVE/N PROSPECT AVE |
| Building: | | Map Reference: | AAAA |
| City, State, Zip: | OKC OK 73111 | | |

## Call Receipt

| Field | Value | Field | Value |
|---|---|---|---|
| Caller Name: | SHIRLEY ANTWINE | Call Back Phone: | (405)424-1443 |
| Method Received: | | Caller Location: | |
| Caller Type: | | Caller Location Phone: | |
| Caller Address: | | Caller Apartment: | |
| Caller Building: | 2537 | Caller County: | |
| Caller City, State, Zip: | | | |

## Time Stamps

| Description | Date | Time | User | Description | Time |
|---|---|---|---|---|---|
| Phone Pickup | 8/4/2021 | 17:55:07 | | Received to In Queue | 00:01:03 |
| 1st Key Stroke | 8/4/2021 | 17:55:27 | | Call Taking | 00:04:59 |
| In Waiting Queue | 8/4/2021 | 17:57:27 | | In Queue to 1st Assign | 00:32:59.5 |
| Call Taking Complete | 8/4/2021 | 18:01:23 | PM3178-MORRISON, PEGGY L | | |
| 1st Unit Assigned | 8/4/2021 | 18:30:26 | | Call Received to 1st Assign | 00:35:19.5 |
| 1st Unit Enroute | | | | Assigned to 1st Enroute | |
| 1st Unit Arrived | | | | Enroute to 1st Arrived | |
| Closed | 8/4/2021 | 18:30:30 | MM2598-MARTIN, MATTHEW | Incident Duration | 00:35:23 |

## Resources Assigned

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L224 | Y | 18:30:26 | | | | | | | 18:30:30 | | | |

## Personnel Assigned

| Unit | Name |
|---|---|
| L224 | TL1484-LAND, TIMOTHY B (1484) |

### Caution Notes
No Caution Notes found

### Pre-Scheduled Information
No Pre-Scheduled Information

### Transports
No Transports Information

### Transport Legs
No Transports Information

## Comments

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 8/4/2021 | 17:56:17 | PM3178 | Response | | CP IS SAYING THAT THE ME'S OFFICE HAS CALLED HER AND SAID THAT HER SON WAS FOUND DEC'D AFTER OCPD WAS AT THIS HOME TODAY |
| 8/4/2021 | 17:56:22 | PM3178 | Response | | SEE PE'S ON THIS CALL |
| 8/4/2021 | 17:57:03 | PM3178 | Response | | CP'S CELL 405-822-1027 |

| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|
| 8/4/2021 | 17:57:25 | | PM3178 | | Response | |
| 8/4/2021 | 17:57:49 | | PM3178 | | Response | |
| 8/4/2021 | 17:58:52 | | PM3178 | | Response | |
| 8/4/2021 | 17:59:05 | | PM3178 | | Response | |
| 8/4/2021 | 17:59:14 | | PM3178 | | Response | |
| 8/4/2021 | 18:03:01 | | AC6246 | | Response | |
| 8/4/2021 | 18:26:36 | | WS1410-SPENCE, WADE L | | Response | |
| 8/4/2021 | 18:27:30 | | WS1410-SPENCE, WADE L | | Response | |
| 8/5/2021 | 00:57:29 | | CW2788 | | Response | |

SON'S NAME ERNEST ANTWINE DOB 06-20-1979
M.E. TOLD CP SON WAS ON DRUGS
1C62, 1C88, 1C22 WERE ON THE PREVIOUS CALL
CP WAS TOLD HER SON WAS BEING TAKEN TO OK JAIL.
SHE NEEDS TO KNOW WHAT HAPPENED TO HER SON
L224 ADVSD

Ernest Antwine was involved in a Sig 30 Auto/Ped. OCSO or OHP is working the accident.

Land called and left a message for the calling party.

Duplicate call (no incident number)

### Address Changes
No Address Changes

### Priority Changes
| Date | Time | Changed from Priority | Reason | User |
|---|---|---|---|---|
| 8/4/2021 | 18:04:06 | P3 Danger of Life/Prop NOT Inv | Default | MM |

### Alarm Level Changes
No Alarm Level Changes

### Activity Log
| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|
| 8/4/2021 | 17:56:17 | | Read Comment | | Comment for Incident 158 was marked as read. | PM3178 |
| 8/4/2021 | 17:56:37 | | Problem Nature | | Incident problem nature changed from <Blank> to OTHER TYPE CALLS <55IM~OCPD | PM3178 |
| 8/4/2021 | 17:57:28 | | Read Comment | | Comment for Incident 158 was Marked as Read. | PM3178 |
| 8/4/2021 | 17:57:49 | | Read Comment | 1439 Ne 25th St | Comment for Incident 158 was marked as read. | PM3178 |
| 8/4/2021 | 18:00:13 | | Read Incident | | Incident 158 was Marked as Read. | AC6246 |
| 8/4/2021 | 18:00:13 | | Read Comment | | Comment for Incident 158 was Marked as Read. | AC6246 |
| 8/4/2021 | 18:00:28 | | Premise History Access | | Premise History Viewed | AC6246 |
| 8/4/2021 | 18:01:23 | | UserAction | | User clicked Exit/Save | PM3178 |
| 8/4/2021 | 18:02:25 | | Premise History Access | | Premise History Viewed | TC0141 |
| 8/4/2021 | 18:03:01 | | Read Comment | 1439 Ne 25th St | Comment for Incident 158 was marked as read. | AC6246 |
| 8/4/2021 | 18:03:19 | | UserAction | | User clicked Exit/Save | TC0141 |
| 8/4/2021 | 18:03:22 | | Read Comment | | Comment for Incident 158 was Marked as Read. | MM2598 |
| 8/4/2021 | 18:04:06 | | Incident Priority Change | | Incident priority changed from P3 Danger of Life/Prop NOT Inv to P6 Time is not a factor/Report due to Default | MM2598 |
| 8/4/2021 | 18:04:18 | | UserAction | | User clicked Exit/Save | MM2598 |
| 8/4/2021 | 18:04:32 | | UserAction | | User clicked Exit/Save | AC6246 |
| 8/4/2021 | 18:12:06 | | UserAction | | User clicked Exit/Save | PM3178 |
| 8/4/2021 | 18:12:41 | | UserAction | | User clicked Exit/Save | PM3178 |
| 8/4/2021 | 18:16:55 | | UserAction | | User clicked Exit/Save | MM2598 |
| 8/4/2021 | 18:17:27 | | Pending Incident Time Warning | | Pending Incident Time Warning timer expired | |
| 8/4/2021 | 18:17:27 | | Incident Late | | | |
| 8/4/2021 | 18:26:36 | | Read Comment | 1439 Ne 25th St | Comment for Incident 158 was marked as read. | Mobile1 |
| 8/4/2021 | 18:30:20 | | Read Comment | | Comment for Incident 158 was Marked as Read. | MM2598 |
| 8/4/2021 | 18:30:26 | | Incident Timer Clear | 1439 Ne 25th St | Incident Late Timer cleared for 202108-0011149 | MM2598 |
| 8/4/2021 | 18:30:26 | L224 | DP | N PROSPECT AVE\SPRINGLAKE DIV PARKING | 1439 Ne 25th St; Response Number: 08042021-0042131; | MM2598 |
| 8/4/2021 | 18:30:30 | L224 | A | 1439 Ne 25th St | Unit Cleared From Incident 202108-0011149 | MM2598 |
| 8/4/2021 | 18:30:30 | L224 | Response Closed | 1439 Ne 25th St | Response Disposition: | MM2598 |
| 8/4/2021 | 18:30:32 | | UserAction | | User clicked Exit/Save | MM2598 |
| 8/4/2021 | 23:44:12 | | UserAction | | User clicked Exit/Save | NW4674 |
| 8/5/2021 | 00:57:29 | | Read Comment | 1439 Ne 25th St | Comment for Incident 158 was marked as read. | CW2788 |
| 8/5/2021 | 09:13:26 | | Read Comment | | Comment for Incident 158 was Marked as Read. | PM3178 |
| 8/5/2021 | 09:13:43 | | UserAction | | User clicked Exit/Save | PM3178 |
| 8/13/2021 | 11:36:40 | | UserAction | | User clicked Exit/Save | AS3640 |

### Edit Log
| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 8/4/2021 | 17:55:06 | Agency Name | | Oklahoma City | (Response | Incident | PD911S020125 | PM3178 |

| Date | Time | Field | Value 1 | Value 2 | Source | Table | Incident ID | User |
|---|---|---|---|---|---|---|---|---|
| 8/4/2021 | 17:55:35 | Caller_Name | | Police Dept SHIRLEY ANTWINE | (Response Viewer) | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:17 | Unread Comment | False | True | (Response Viewer) | Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:29 | Address | (Blank) | 1439 NE 25TH | New Entry | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:31 | Longitude | 0 | 97486273 | Entry Selected/Returned from GeoLocator | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:31 | Latitude | 0 | 35495479 | Entry Selected/Returned from GeoLocator | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:31 | Address | 1439 NE 25TH | 1439 NE 25TH ST | Entry Selected/Returned from GeoLocator | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:32 | ResponsePlanType0 | | 0 | (Response Viewer) | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:32 | Response_Area | | C6 | (Response Viewer) | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:32 | Battalion | | C6 | (Response Viewer) | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:32 | Division | | SL2 | (Response Viewer) | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:32 | Jurisdiction | | SPRINGLAKE | (Response Viewer) | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:37 | Incident_Type | | 1-MAN | (Response Viewer) | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:37 | Priority_Number | 0 | 3 | | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:37 | Priority_Description | | P3 Danger of Life/Prop NOT Inv | | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:37 | ResponsePlanType0 | | 1 | (Response Viewer) | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:37 | DispatchLevel | | Default | (Response Viewer) | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:37 | Response_Plan | | C6 1-MAN | (Response Viewer) | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:37 | Problem | | OTHER TYPE CALLS <55IM | (Response Viewer) | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:48 | Call_Back_Phone | | (405)424-1443 | (Response Viewer) | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:56:48 | Call Back Phone | | (405)424-1443 | (Response Viewer) | Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:57:28 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:57:28 | Map_Info | | AAAA | | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:57:28 | Pickup_Map_Info | | AAAA | | Response_Transports | PD911S020125 | PM3178 |
| 8/4/2021 | 17:57:28 | Caller_Building | | 2537 | Polygon Lookup | Response_Master_Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 17:57:49 | Unread Comment | False | True | (Response Viewer) | Incident | PD911S020125 | PM3178 |
| 8/4/2021 | 18:00:13 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | PD911S020141 | AC6246 |
| 8/4/2021 | 18:00:13 | Read Call | False | True | (Response Viewer) | Response_Master_Incident | PD911S020141 | AC6246 |
| 8/4/2021 | 18:03:01 | Unread Comment | False | True | (Response Viewer) | Incident | PD911S020141 | AC6246 |
| 8/4/2021 | 18:03:22 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | PD911S020136 | MM2598 |
| 8/4/2021 | 18:04:06 | Priority_Number | 3 | 6 | Default | Response_Master_Incident | PD911S020136 | MM2598 |
| 8/4/2021 | 18:04:06 | Priority_Description | P3 Danger of Life/Prop NOT Inv | P6 Time is not a factor/Report | Default | Response_Master_Incident | PD911S020136 | MM2598 |
| 8/4/2021 | 18:26:36 | Unread Comment | False | True | (Response Viewer) | Incident | SVP911APPV13Mobile1 | |
| 8/4/2021 | 18:30:20 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | PD911S020136 | MM2598 |
| 8/5/2021 | 00:57:29 | Unread Comment | False | True | (Response Viewer) | Incident | PD911S020136 | CW2788 |
| 8/5/2021 | 09:13:26 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | PD911S020125 | PM3178 |

Custom Time Stamps
**No Custom Time Stamps**

Custom Data Fields
**No Custom Data Fields**

Attachments
**No Attachment**

## Comments

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 8/4/2021 | 13:10:24 | MH1238 | Response | | [Appended, 13:35:09] CRAZY MAN IN THE PLOT ...TRYING TO OPEN DOORS ON PROPERTY |
| 8/4/2021 | 13:10:52 | MH1238 | Response | | [Appended, 13:35:09] BM.....AFRO.....NO SHIRT...JEANS... |
| 8/4/2021 | 13:11:02 | MH1238 | Response | | [Appended, 13:35:09] RP DISCONNECTED |
| 8/4/2021 | 13:21:45 | KH2282 | Response | | son is trying to get into her house.. |
| 8/4/2021 | 13:22:05 | KH2282 | Response | | ernest antwine, bm no shirt |
| 8/4/2021 | 13:32:23 | AD2851 | Response | | Duplicate call appended to incident at 13:32:23 |
| 8/4/2021 | 13:32:39 | AD2851 | Response | | ***rp advs subj is bangingon the door now.... using a stick .... |
| 8/4/2021 | 13:33:11 | TC0141 | Response | | 1C88 97 W/A |
| 8/4/2021 | 13:34:35 | TC0141 | Response | | [Appended, 13:35:09] 1C22 OUT WITH C88 |
| 8/4/2021 | 13:35:01 | TC0141 | Response | | Backed up 1C88 with 1C22 |
| 8/4/2021 | 13:35:09 | TC0141 | Response | | LINK: [202108-0010340] to [202108-0010367] because [202108-0010340] appends to [202108-0010367] |
| 8/4/2021 | 13:42:05 | TC0141 | Response | | Backed up 1C88 with 1C62 |
| 8/4/2021 | 13:47:55 | RB1691-BURTON, ROBERT A | Response | | 10-14 10TH/SOONER |

## Address Changes
No Address Changes

## Priority Changes
No Priority Changes

## Alarm Level Changes
No Alarm Level Changes

## Activity Log

| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|
| 8/4/2021 | 13:21:34 | | Problem Nature | | Incident problem nature changed from <Blank> to DOMESTIC <181~OCPD | KH2282 |
| 8/4/2021 | 13:21:45 | | ANI/ALI Statistics | | INT Insert:Aug 04 2021 13:21:17 / INT SendNP:Aug 04 2021 13:21:16 / WS RecvNP:Aug 04 2021 13:21:16 / WS Process:Aug 04 2021 13:21:45 | KH2282 |
| 8/4/2021 | 13:21:45 | | Read Comment | 1439 Ne 25th St | Comment for Incident 653 was marked as read. | KH2282 |
| 8/4/2021 | 13:22:18 | | Premise History Access | | Premise History Viewed | KH2282 |
| 8/4/2021 | 13:22:24 | | UserAction | | User clicked Exit/Save | KH2282 |
| 8/4/2021 | 13:24:26 | 1C62 | DP | E OKLAHOMA CITY BLVD WB\CENTENNIAL DR | 1439 Ne 25th St; Response Number: 08042021-0042059; | TC0141 |
| 8/4/2021 | 13:24:26 | | Read Incident | 1439 Ne 25th St | Incident 653 was marked as read. | TC0141 |
| 8/4/2021 | 13:30:17 | | ReAssign Response | 1439 Ne 25th St | Clearing Primary Vehicle Flag | TC0141 |
| 8/4/2021 | 13:30:17 | | ReAssign Response | 1439 Ne 25th St | ReAssign Reason: RA-REASSIGN TO HIGHER PRIORITY | TC0141 |
| 8/4/2021 | 13:30:17 | 1C62 | ReAssign Vehicle | 1439 Ne 25th St | ReAssign Reason: RA-REASSIGN TO HIGHER PRIORITY | TC0141 |
| 8/4/2021 | 13:31:48 | 1C88 | DP | NE 33RD ST\SHERMAN AVE | 1439 Ne 25th St; Response Number: 08042021-0042061; | TC0141 |
| 8/4/2021 | 13:31:48 | | Read Incident | 1439 Ne 25th St | Incident 653 was marked as read. | TC0141 |
| 8/4/2021 | 13:32:23 | | Duplicate Call Warning | | Duplicate Call Warning - New call appended to incident | AD2851 |
| 8/4/2021 | 13:32:23 | | Supplemental Information | 1439 Ne 25th St | Supplemental Person record 1070059 - was added for SHIRLEY ANTWINE | AD2851 |
| 8/4/2021 | 13:32:24 | | Read Comment | | Comment for Incident 653 was Marked as Read. | AD2851 |
| 8/4/2021 | 13:32:39 | | Read Comment | 1439 Ne 25th St | Comment for Incident 653 was marked as read. | AD2851 |
| 8/4/2021 | 13:32:50 | | Read Comment | | Comment for Incident 653 was Marked as Read. | AD2851 |
| 8/4/2021 | 13:32:51 | | UserAction | | User clicked Exit/Save | AD2851 |
| 8/4/2021 | 13:33:02 | | UserAction | | User clicked Exit/Save | TC0141 |
| 8/4/2021 | 13:33:11 | 1C88 | E | 1439 Ne 25th St | Status bypassed by user due to allowable status change | TC0141 |