## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: July 5, 2023

| | | |
|---|---|---|
| SHIRLEY ANTWINE, as administrator<br>for the Estate of Ernest Eugene Antwine, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-00359-JD |
| | ) | |
| ROBERT A. BURTON, individually;<br>ROBERT DUNN, an individual; and<br>JOHN/JANE DOES, individually, as yet<br>unidentified policy officers, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTER ORDER:**

The joint status report and discovery plan deadline of July 10, 2023, is hereby **STRICKEN** to be reset, if necessary, after the Court's ruling on Defendant Robert Burton's Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 13], which was filed after the Court's Status/Scheduling Conference Docket [Doc. No. 11] and which is not yet fully briefed.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

CARMELITA REEDER SHINN, CLERK

By: ___/s/Nyssa Vasquez_____
Deputy Clerk