# EXHIBIT 1

# Incident Detail Report

Data Source: Data Warehouse
Incident Status: Closed
Incident number: 202108-0010367
Case Numbers:
Incident Date: 8/4/2021 13:21:17
Report Generated: 9/16/2021 08:51:10

## Incident Information

| | | | |
|---|---|---|---|
| Incident Type: | 1-MAN | Alarm Level: | |
| Priority: | P3 Danger of Life/Prop NOT Inv | Problem: | DOMESTIC <181 |
| Determinant: | | Agency: | Oklahoma City Police Dept |
| Base Response#: | 08042021-0042061 | Jurisdiction: | SPRINGLAKE |
| Confirmation#: | | Division: | SL2 |
| Taken By: | KH2282-HENDERSON, KATHRYN G | Battalion: | C6 |
| Response Area: | C6 | Response Plan: | C6 1-MAN |
| Disposition: | 3-VALID CALL NO REPORT | Command Ch: | |
| Cancel Reason: | | Primary TAC: | |
| Incident Status: | Closed | Secondary TAC: | |
| Certification: | | Delay Reason (If any): | |
| Longitude: | 97486273 | Latitude: | 35495479 |

## Incident Location

| | | | |
|---|---|---|---|
| Location Name: | | County: | Oklahoma |
| Address: | 1439 Ne 25th St | Location Type: | |
| Apartment: | | Cross Street: | FONSHILL AVE/N PROSPECT AVE |
| Building: | | Map Reference: | AAAA |
| City, State, Zip: | OKC OK 73111 | | |

## Supplemental Information - Person

**PERSON 1**
| | | | |
|---|---|---|---|
| Name: | ANTWINE SHIRLEY | Address: | 1439 NE 25TH ST |
| Phone: | (405)●●●-1443 | | |

**PERSON 2**
| | | | |
|---|---|---|---|
| Name: | MART COMMUNITY FOOD | Phone: | (405)602-5041 |

## Supplemental Information - Vehicle

**VEHICLE 1**
| | |
|---|---|
| License: | GER564 - PASSENGER CAR |

## Call Receipt

| | | | |
|---|---|---|---|
| Caller Name: | ANTWINE,SHIRLEY | | |
| Method Received: | | Call Back Phone: | (405)424-1443 |
| Caller Type: | | Caller Location: | 1439 NE 25TH ST |
| Caller Address: | | Caller Location Phone: | |
| Caller Building: | 2537 | Caller Apartment: | |
| Caller City, State, Zip: | | Caller County: | |

## Time Stamps

| Description | Date | Time | User | Elapsed Times Description | Time |
|---|---|---|---|---|---|
| Phone Pickup | 8/4/2021 | 13:21:17 | | | |
| 1st Key Stroke | 8/4/2021 | 13:21:30 | | Received to In Queue | 00:00:28 |
| In Waiting Queue | 8/4/2021 | 13:21:45 | | Call Taking | 00:01:07 |
| Call Taking Complete | 8/4/2021 | 13:22:24 | KH2282-HENDERSON, KATHRYN G | In Queue to 1st Assign | 00:02:41.6 |
| | | | | Call Received to 1st Assign | 00:03:09.6 |
| 1st Unit Assigned | 8/4/2021 | 13:24:26 | | Assigned to 1st Enroute | 00:08:44.7 |
| 1st Unit Enroute | 8/4/2021 | 13:33:11 | | Enroute to 1st Arrived | -00:00:00. |
| 1st Unit Arrived | 8/4/2021 | 13:33:11 | | Incident Duration | 00:39:00 |
| Closed | 8/4/2021 | 14:00:17 | Mobile1 | | |

## Resources Assigned

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1C62 | N | 13:24:26 | | | | | | | 13:30:17 | | | RA-REASSIGN TO HIGHER PRIORITY |
| 1C88 | Y | 13:31:48 | 3-VALID CALL NO REPORT | 13:33:11 | | 13:33:11 | | | 14:00:17 | | | |
| 1C22 | N | 13:35:00 | | 13:35:01 | | 13:35:01 | | | 13:50:28 | | | |
| 1C62 | N | 13:42:05 | | | | | | | 13:48:09 | | | |

## Personnel Assigned

| Unit | Name |
|---|---|
| 1C62 | RF1931-FRY, REBECCA L (1931) |
| 1C88 | RB1691-BURTON, ROBERT A (1691) |

| Date | Time | Unit | Action | Location | Description | User |
|---|---|---|---|---|---|---|
| 8/4/2021 | 13:33:11 | 1C88 | E | 1439 Ne 25th St | Responding From = N PROSPECT AVE\NE 26TH ST. | TC0141 |
| 8/4/2021 | 13:33:11 | 1C88 | S | 1439 Ne 25th St | 97 W/A | TC0141 |
| 8/4/2021 | 13:33:11 | | Read Comment | 1439 Ne 25th St | Comment for incident 653 was marked as read. | TC0141 |
| 8/4/2021 | 13:34:40 | | Read Comment | | Comment for incident 653 was Marked as Read. | TC0141 |
| 8/4/2021 | 13:35:00 | 1C22 | DP | NE 25TH ST\FONSHILL AVE | 1439 Ne 25th St; Response Number: 08042021-0042062; | TC0141 |
| 8/4/2021 | 13:35:01 | 1C22 | E | 1439 Ne 25th St | Responding From = NE 25TH ST\FONSHILL AVE. | TC0141 |
| 8/4/2021 | 13:35:01 | 1C22 | S | 1439 Ne 25th St | | TC0141 |
| 8/4/2021 | 13:35:01 | 1C88 | Unit Backed up | NE 25TH ST\N PROSPECT AVE | Backed up with 1C22 | TC0141 |
| 8/4/2021 | 13:35:01 | | Read Comment | 1439 Ne 25th St | Comment for incident 653 was marked as read. | TC0141 |
| 8/4/2021 | 13:35:09 | | Linked Incident | 1439 Ne 25th St | Incident link created for [Oklahoma City Police Dept] Inc # [202108-0010340] | TC0141 |
| 8/4/2021 | 13:35:09 | | Supplemental Information | 1439 Ne 25th St | Supplemental Vehicle record 1745151 was added for license plate GER564 | TC0141 |
| 8/4/2021 | 13:35:09 | | License Plate | 1439 Ne 25th St | Plate Number GER564 has been added. | TC0141 |
| 8/4/2021 | 13:35:09 | | Supplemental Information | 1439 Ne 25th St | Supplemental Person record 1070065 - was added for COMMUNITY MART | TC0141 |
| 8/4/2021 | 13:35:09 | | Append Incident | 1439 Ne 25th St | Dispatcher Appended [202108-0010340] to this incident | TC0141 |
| 8/4/2021 | 13:35:12 | | UserAction | | User clicked Exit/Save | TC0141 |
| 8/4/2021 | 13:42:05 | 1C62 | DP | NE 23RD ST\N LAIRD AVE | 1439 Ne 25th St; Response Number: 08042021-0042064; | TC0141 |
| 8/4/2021 | 13:42:05 | 1C88 | Unit Backed up | NE 25TH ST\N PROSPECT AVE | Backed up with 1C62 | TC0141 |
| 8/4/2021 | 13:48:09 | 1C62 | A | 1439 Ne 25th St | Unit Cleared From Incident 202108-0010367 | TC0141 |
| 8/4/2021 | 13:48:09 | 1C62 | Reassign Vehicle | NE 25TH ST\N PROSPECT AVE | Incident 202108-0010367 Reassigned | TC0141 |
| 8/4/2021 | 13:48:09 | 1C62 | Reassign Response | NE 25TH ST\N PROSPECT AVE | Incident 202108-0010367 Reassigned | TC0141 |
| 8/4/2021 | 13:50:28 | 1C22 | A | 1439 Ne 25th St | Unit Cleared From Incident 202108-0010367 | 1C22 |
| 8/4/2021 | 14:00:17 | 1C88 | Set Incident Disposition | N SOONER RD | Unit: 1C88 sets disposition to Incident | 1C88 |
| 8/4/2021 | 14:00:17 | 1C88 | A | 1439 Ne 25th St | Unit Cleared From Incident 202108-0010367 | 1C88 |
| 8/4/2021 | 14:00:18 | 1C88 | Response Closed | 1439 Ne 25th St | Response Disposition: | 1C88 |
| 8/4/2021 | 16:50:33 | | Read Comment | | Comment for Incident 653 was Marked as Read. | MM2598 |
| 8/4/2021 | 16:50:58 | | Premise History Access | | Premise History Viewed | MM2598 |
| 8/4/2021 | 16:52:14 | | UserAction | | User clicked Exit/Save | MM2598 |
| 8/4/2021 | 18:01:19 | | UserAction | | User clicked Exit/Save | PM3178 |
| 8/4/2021 | 18:02:55 | | UserAction | | User clicked Exit/Save | AC6246 |
| 8/4/2021 | 18:03:04 | | UserAction | | User clicked Exit/Save | TC0141 |
| 8/4/2021 | 23:43:14 | | UserAction | | User clicked Exit/Save | NW4674 |
| 8/5/2021 | 00:57:05 | | UserAction | | User clicked Exit/Save | CW2788 |
| 8/13/2021 | 11:39:45 | | UserAction | | User clicked Exit/Save | AS3640 |
| 8/13/2021 | 11:47:22 | | UserAction | | User clicked Exit/Save | AS3640 |
| 8/13/2021 | 11:48:05 | | UserAction | | User clicked Exit/Save | AS3640 |
| 8/13/2021 | 11:48:57 | | UserAction | | User clicked Exit/Save | AS3640 |
| 8/13/2021 | 11:50:19 | | UserAction | | User clicked Exit/Save | CL2955 |
| 8/13/2021 | 11:55:19 | | UserAction | | User clicked Exit/Save | AS3640 |

Edit Log

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation User |
|---|---|---|---|---|---|---|---|
| 8/4/2021 | 13:21:17 | Address | (Blank) | 1439 NE 25TH ST | New Entry | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:17 | Call_Back_Phone | | (405)424-1443 | (Response Viewer) | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:17 | Agency Name | | Oklahoma City Police Dept | (Response Viewer) | Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:17 | Call Back Phone | | (405)424-1443 | (Response Viewer) | Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:27 | Longitude | 0 | 97486273 | Entry Selected/Returned from GeoLocator | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:27 | Latitude | 0 | 35495479 | Entry Selected/Returned from GeoLocator | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:27 | Address | 1439 NE 25TH ST | 1439 NE 25TH ST | Entry Selected/Returned from GeoLocator | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:27 | ResponsePlanType | 0 | 0 | (Response Viewer) | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:27 | Response_Area | | C6 | (Response Viewer) | Response_Master_Incident | PD911S020140KH2282 |

| Date | Time | Field | | | Source | Response | Incident |
|---|---|---|---|---|---|---|---|
| 8/4/2021 | 13:21:27 | Battalion | | C6 | (Response Viewer) | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:27 | Division | | SL2 | (Response Viewer) | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:27 | Jurisdiction | | SPRINGLAKE | (Response Viewer) | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:34 | Caller_Name | | ANTWINE,SHIRLEY | (Response Viewer) | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:34 | Incident_Type | | 1-MAN | (Response Viewer) | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:34 | Priority_Number | 0 | 3 | | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:34 | Priority_Description | | P3 Danger of Life/Prop NOT Inv | | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:34 | ResponsePlanType | 0 | 1 | (Response Viewer) | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:34 | DispatchLevel | | Default | (Response Viewer) | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:34 | Response_Plan | | C6 1-MAN | (Response Viewer) | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:34 | Problem | | DOMESTIC <181 | (Response Viewer) | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:35 | Caller_Location_Name | | 1439 NE 25TH ST | (Response Viewer) | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:45 | Unread Comment | False | True | (Response Viewer) | Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:46 | Map_Info | | AAAA | | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:21:46 | Pickup_Map_Info | | AAAA | | Response_Transports | PD911S020140KH2282 |
| 8/4/2021 | 13:21:46 | Caller_Building | | 2537 | | Response_Master_Incident | PD911S020140KH2282 |
| 8/4/2021 | 13:24:26 | Unread Incident | True | False | Polygon Lookup | Incident | PD911S020136TC0141 |
| 8/4/2021 | 13:30:17 | TimeCallViewed | 8/4/2021 13:24:27 | NULL | (Response Viewer) | | |
| | | | | | Reset Timestamp | Response_Master_Incident | PD911S020136TC0141 |
| 8/4/2021 | 13:31:48 | Unread Incident | True | False | (Response Viewer) | Incident | PD911S020136TC0141 |
| 8/4/2021 | 13:32:24 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | PD911S020121AD2851 |
| 8/4/2021 | 13:32:39 | Unread Comment | False | True | (Response Viewer) | Incident | PD911S020121AD2851 |
| 8/4/2021 | 13:32:50 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | PD911S020121AD2851 |
| 8/4/2021 | 13:33:11 | Unread Comment | False | True | (Response Viewer) | Incident | PD911S020136TC0141 |
| 8/4/2021 | 13:34:40 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | PD911S020136TC0141 |
| 8/4/2021 | 13:35:01 | Unread Comment | False | True | (Response Viewer) | Incident | PD911S020136TC0141 |
| 8/4/2021 | 16:50:33 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | PD911S020136MM2598 |

Custom Time Stamps
**No Custom Time Stamps**

Custom Data Fields
**No Custom Data Fields**

Attachments
**No Attachment**