# **EXHIBIT 2**

# Incident Detail Report

Data Source: Data Warehouse
Incident Status: Closed
Incident number: 202108-0010509
Case Numbers:
Incident Date: 8/4/2021 14:05:27
Report Generated: 9/16/2021 08:53:01

## Incident Information

| | | | |
|---|---|---|---|
| Incident Type: | 1-MAN | Alarm Level: | |
| Priority: | P2 May Need Life/Prop Protect | Problem: | ACCIDENT WITH INJURIES <82 |
| Determinant: | | Agency: | Oklahoma City Police Dept |
| Base Response#: | 08042021-0042067 | Jurisdiction: | SPRINGLAKE |
| Confirmation#: | | Division: | SL2 |
| Taken By: | AC6246-CIPRICH, AUDRA H | Battalion: | C8 |
| Response Area: | C8 | Response Plan: | C8 1-MAN |
| Disposition: | | Command Ch: | |
| Cancel Reason: | | Primary TAC: | |
| Incident Status: | Closed | Secondary TAC: | |
| Certification: | | Delay Reason (if any): | |
| Longitude: | 97424063 | Latitude: | 35488264 |

## Incident Location

| | | | |
|---|---|---|---|
| Location Name: | | County: | Oklahoma |
| Address: | 1900 N Sooner Rd | Location Type: | |
| Apartment: | | Cross Street: | NE 23RD ST/NE 36TH ST MEDIAN |
| Building: | | Map Reference: | AAAA |
| City, State, Zip: | OKC OK 73121 | | |

## Call Receipt

| | | | |
|---|---|---|---|
| Caller Name: | PHILLIP - WITNESS | Call Back Phone: | (405)206-7600 |
| Method Received: | Called 911 | Caller Location: | |
| Caller Type: | | Caller Location Phone: | |
| Caller Address: | 2524 1st | Caller Apartment: | |
| Caller Building: | | Caller County: | |
| Caller City, State, Zip: | | | |

## Time Stamps

| Description | Date | Time | User |
|---|---|---|---|
| Phone Pickup | 8/4/2021 | 14:05:17 | |
| 1st Key Stroke | 8/4/2021 | 14:05:19 | |
| In Waiting Queue | 8/4/2021 | 14:05:34 | |
| Call Taking Complete | 8/4/2021 | 14:06:28 | AC6246-CIPRICH, AUDRA H |
| 1st Unit Assigned | 8/4/2021 | 14:06:04 | |
| 1st Unit Enroute | 8/4/2021 | 14:21:27 | |
| 1st Unit Arrived | 8/4/2021 | 14:21:27 | |
| Closed | 8/4/2021 | 15:08:20 | TC0141-CRAVENS, TIFFANIE C |

## Elapsed Times

| Description | Time |
|---|---|
| Received to In Queue | 00:00:07 |
| Call Taking | 00:01:01 |
| In Queue to 1st Assign | 00:00:30.1 |
| Call Received to 1st Assign | 00:00:47.1 |
| Assigned to 1st Enroute | 00:15:23.8 |
| Enroute to 1st Arrived | 00:00:00.0 |
| Incident Duration | 01:03:03 |

## Resources Assigned

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1C88 | N | 14:06:04 | | | | | | | 14:08:32 | | | |
| 1C72 | N | 14:06:11 | | 14:21:27 | | 14:21:27 | | | 14:31:26 | | | |
| 1C62 | N | 14:17:45 | | | | | | | 14:19:51 | | | |
| 1C62 | N | 14:21:39 | | | | | | | 14:24:05 | | | |
| 1C88 | Y | 14:30:03 | STS Burton | | | | | | 15:08:20 | | | |

## Personnel Assigned

| Unit | Name |
|---|---|
| 1C88 | RB1691-BURTON, ROBERT A (1691) |
| 1C72 | CH1442-HOLLOWAY, CHARLES E (1442) |
| 1C62 | RF1931-FRY, REBECCA L (1931); RF1931-FRY, REBECCA L (1931) |
| 1C88 | RB1691-BURTON, ROBERT A (1691) |

**Caution Notes**
No Caution Notes found

**Pre-Scheduled Information**
No Pre-Scheduled Information

**Transports**
No Transports Information

**Transport Legs**
No Transports Information

## Comments

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 8/4/2021 | 14:05:21 | AC6246 | Response | | AUTO PED |
| 8/4/2021 | 14:05:31 | Permit | Response | | 1900 N SOONER RD Premise Type: Address Permit #: 8002406 of |

| Date | Time | Radio | Activity |
|---|---|---|---|
| 8/4/2021 | 14:05:34 | AC6246 | Response |
| 8/4/2021 | 14:05:39 | C2CI | Response |
| 8/4/2021 | 14:05:50 | AC6246 | Response |
| 8/4/2021 | 14:05:54 | AC6246 | Response |
| 8/4/2021 | 14:06:11 | TC0141 | Response |
| 8/4/2021 | 14:06:11 | TA0994 | Response |
| 8/4/2021 | 14:06:15 | Westnet | Response |
| 8/4/2021 | 14:06:21 | Westnet | Response |
| 8/4/2021 | 14:08:10 | Westnet | Response |
| 8/4/2021 | 14:13:13 | TC0141 | Response |
| 8/4/2021 | 14:13:27 | TC0141 | Response |
| 8/4/2021 | 14:14:36 | C2CI | Response |
| 8/4/2021 | 14:15:01 | C2CI | Response |
| 8/4/2021 | 14:15:01 | C2CI | Response |
| 8/4/2021 | 14:15:24 | C2CI | Response |
| 8/4/2021 | 14:15:40 | C2CI | Response |
| 8/4/2021 | 14:16:16 | E12 | Response |
| 8/4/2021 | 14:17:09 | C2CI | Response |
| 8/4/2021 | 14:17:20 | C2CI | Response |
| 8/4/2021 | 14:17:27 | C2CI | Response |
| 8/4/2021 | 14:17:45 | TC0141 | Response |
| 8/4/2021 | 14:21:39 | TC0141 | Response |
| 8/4/2021 | 14:24:04 | RF1931-FRY, REBECCA L | Response |
| 8/4/2021 | 14:28:38 | CH1442-HOLLOWAY, CHARLES E | Response |

Type: RESIDENTIAL with status of PENDING applies to this geo-location from 2/27/2021 to 2/27/2022 Comment: Multi-Agency Oklahoma City Fire Dept Incident #: 202108040088299 Acknowledgement Received from EMSAOKC-C2C\EMSA 21-W-168035 [Shared]
INVOLVED VEH STILL 97 [Shared]
VI.. IN THE MIDDLE OF THE ROAD [Shared]
Backed up 1C88 with 1C72 [Shared]
Automatic Case Number(s) issued for Incident #[2021108040088299], Jurisdiction: Oklahoma City Fire Dept. Case Number(s): 21054588. requested by E18. [Shared]
Proceed with Voice Dispatch of Incident 202108040088299, response has been Performed from Station Alerting System at station * 18-2 * (Z2). [Shared]
Proceed with Voice Dispatch of Incident 202108040088299, response has been Performed from Station Alerting System at station * 06-1 * (Z4). [Shared]
Proceed with Voice Dispatch of Incident 202108040088299, response has been Performed from Station Alerting System at station * 12-2 * (Z2). [Shared]
1C88 THIS IS SOUTH OF THE TRACKS [Shared]
CORR MIDWEST CITY [Shared]
[23] [ProQA: Case Entry Complete]
Age unknown, Gender unknown, Consciousness unknown, Breathing status unknown. Unknown number of patients involved.
Problem Description: Traffic Collision / Transportation Incident
Chief Complaint: 29, CCText: Traffic Collision / Transportation Incident [Shared]
[24] [ProQA Dispatch]
Dispatch Level: 29D02 Suffix: m Suffix Text: Auto vs. pedestrian Response Text: DELTA. [Shared]
[25] [ProQA: Key Questions]
> Auto vs. ped. [Shared]
[27] [ProQA: Key Questions]
> Unk if chems/hazmat involved.
> Unk if any pinned.
> Unk if everyone completely awake.
> Unk type/nature of inj.
> Unk if SERIOUS bleeding. [Shared]
[28] THIS CALL IS IN MWC SERVICE AREA [Shared]
[Oklahoma City Fire Dept] has closed their incident [202108040088299]
[32] CX BY MWC EMS [Shared]
[33] OUT OF EMS SERVICE AREA FOR EMSA [Shared]
Incident was closed/canceled by EMSAOKC-C2C, Cancel Reason: OOS-Out of Service Area Disposition: C - Cancel [Shared]
Backed up 1C72 with 1C62 [Shared]
Backed up 1C72 with 1C62 [Shared]
MWC WORKING THIS. NO BWC 10-22 [Shared]
signal 30 in OK county jurisdiction. MWC said that since they are here and county does not have a 30 unit they will work it. standing by as traffic control. [Shared]

### Address Changes
No Address Changes

### Priority Changes
| Date | Time | Changed from Priority | Reason | User |
|---|---|---|---|---|
| 8/4/2021 | 14:05:33 | P3 Danger of Life/Prop NOT Inv | Default | AHA |

### Alarm Level Changes
No Alarm Level Changes

### Activity Log
| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|
| 8/4/2021 | 14:05:21 | | Read Comment | | Comment for Incident 879 was marked as read. | AC6246 |
| 8/4/2021 | 14:05:23 | | Problem Nature | | Incident problem nature changed from <Blank> to CHECK WELFARE <72~OCPD | AC6246 |
| 8/4/2021 | 14:05:33 | | Incident Priority Change | | Incident priority changed from P3 Danger of Life/Prop NOT Inv to P2 May Need Life/Prop Protect due to Default | AC6246 |
| 8/4/2021 | 14:05:33 | | Problem Nature | | Incident problem nature changed from CHECK WELFARE <72~OCPD to ACCIDENT WITH INJURIES <82~OCPD | AC6246 |
| 8/4/2021 | 14:05:34 | | MultiAgencyResponse | | Generated Inc: Oklahoma City Fire Dept Inc#202108040088299 | AC6246 |
| 8/4/2021 | 14:05:35 | | Read Comment | | Comment for Incident 879 was Marked as Read. | AC6246 |
| 8/4/2021 | 14:05:39 | | Read Comment | 1900 N Sooner Rd | Comment for Incident 879 was marked as read. | VP911APPV05 |
| 8/4/2021 | 14:05:46 | | Read Incident | | Incident 879 was Marked as Read. | TC0141 |
| 8/4/2021 | 14:05:46 | | Read Comment | | Comment for Incident 879 was Marked as Read. | TC0141 |

| Date | Time | Unit | Action | Location | Details | User |
|---|---|---|---|---|---|---|
| 8/4/2021 | 14:05:50 | | Read Comment | 1900 N Sooner Rd | Comment for Incident 879 was marked as read. | AC6246 |
| 8/4/2021 | 14:06:04 | 1C88 | DP | N BRYANT AVE\NE 36TH ST | 1900 N Sooner Rd; Response Number: 08042021-0042067; | TC0141 |
| 8/4/2021 | 14:06:11 | 1C72 | DP | COUCH DR\N SHARTEL AVE | 1900 N Sooner Rd; Response Number: 08042021-0042068; | TC0141 |
| 8/4/2021 | 14:06:11 | 1C88 | Unit Backed up | N BRYANT AVE\NE 36TH ST | Backed up with 1C72 | TC0141 |
| 8/4/2021 | 14:06:21 | | Read Comment | | Comment for Incident 879 was Marked as Read. | TC0141 |
| 8/4/2021 | 14:06:22 | | Read Comment | 1900 N Sooner Rd | Comment for Incident 879 was marked as read. | VP911APPV02 |
| 8/4/2021 | 14:06:28 | | UserAction | | User clicked Exit/Save | AC6246 |
| 8/4/2021 | 14:08:32 | 1C88 | A | 1900 N Sooner Rd | Unit Cleared From Incident 202108-0010509 | TC0141 |
| 8/4/2021 | 14:08:39 | | UserAction | | User clicked Exit/Save | TC0141 |
| 8/4/2021 | 14:10:20 | | Read Comment | | Comment for Incident 879 was Marked as Read. | TC0141 |
| 8/4/2021 | 14:12:29 | | UserAction | | User clicked Exit/Save | TC0141 |
| 8/4/2021 | 14:13:13 | | Read Comment | 1900 N Sooner Rd | Comment for Incident 879 was marked as read. | TC0141 |
| 8/4/2021 | 14:14:07 | | UserAction | | User clicked Exit/Save | TC0141 |
| 8/4/2021 | 14:17:45 | 1C62 | DP | CULBERTSON DR\NE 17TH ST | 1900 N Sooner Rd; Response Number: 08042021-0042069; | TC0141 |
| 8/4/2021 | 14:17:45 | 1C72 | Unit Backed up | NE 10TH ST | Backed up with 1C62 | TC0141 |
| 8/4/2021 | 14:19:51 | 1C62 | A | 1900 N Sooner Rd | Unit Cleared From Incident 202108-0010509 | TC0141 |
| 8/4/2021 | 14:19:51 | 1C62 | Reassign Vehicle | NE 23RD ST\N LOTTIE AVE | Incident 202108-0010509 Reassigned | TC0141 |
| 8/4/2021 | 14:19:51 | 1C62 | Reassign Response | NE 23RD ST\N LOTTIE AVE | Incident 202108-0010509 Reassigned | TC0141 |
| 8/4/2021 | 14:21:27 | 1C72 | E | 1900 N Sooner Rd | Status bypassed by user due to allowable status change | 1C72 |
| 8/4/2021 | 14:21:27 | 1C72 | E | 1900 N Sooner Rd | Responding From = N SOONER RD\NE 10TH ST. | 1C72 |
| 8/4/2021 | 14:21:27 | 1C72 | S | 1900 N Sooner Rd | | 1C72 |
| 8/4/2021 | 14:21:39 | 1C62 | DP | NE 23RD ST\CRESTON DR | 1900 N Sooner Rd; Response Number: 08042021-0042071; | TC0141 |
| 8/4/2021 | 14:21:39 | 1C72 | Unit Backed up | N SOONER RD\NE 10TH ST | Backed up with 1C62 | TC0141 |
| 8/4/2021 | 14:24:05 | 1C62 | A | 1900 N Sooner Rd | Unit Cleared From Incident 202108-0010509 | 1C62 |
| 8/4/2021 | 14:30:03 | 1C88 | DP | N SOONER RD\NE 10TH ST | 1900 N Sooner Rd; Response Number: 08042021-0042072; | TC0141 |
| 8/4/2021 | 14:31:28 | 1C72 | A | 1900 N Sooner Rd | Unit Cleared From Incident 202108-0010509 | 1C72 |
| 8/4/2021 | 14:48:58 | | Read Comment | | Comment for Incident 879 was Marked as Read. | TC0141 |
| 8/4/2021 | 14:49:47 | | UserAction | | User clicked Exit/Save | TC0141 |
| 8/4/2021 | 14:51:18 | | UserAction | | User clicked Exit/Save | SH0092 |
| 8/4/2021 | 15:08:20 | 1C88 | A | 1900 N Sooner Rd | Unit Cleared From Incident 202108-0010509 | TC0141 |
| 8/4/2021 | 15:08:20 | 1C88 | Response Closed | 1900 N Sooner Rd | Response Disposition: | TC0141 |
| 8/4/2021 | 16:52:11 | | UserAction | | User clicked Exit/Save | MM2598 |

Edit Log

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 8/4/2021 | 14:05:17 | Agency Name | | Oklahoma City Police Dept | (Response Viewer) | Incident | PD911S020144 | AC6246 |
| 8/4/2021 | 14:05:21 | Unread Comment | False | True | (Response Viewer) | Incident | PD911S020144 | AC6246 |
| 8/4/2021 | 14:05:23 | Problem | | CHECK WELFARE <72 | (Response Viewer) | Response_Master_Incident | PD911S020144 | AC6246 |
| 8/4/2021 | 14:05:23 | ResponsePlanType | 0 | 0 | (Response Viewer) | Response_Master_Incident | PD911S020144 | AC6246 |
| 8/4/2021 | 14:05:23 | Priority_Description | | P3 Danger of Life/Prop NOT Inv | | Response_Master_Incident | PD911S020144 | AC6246 |
| 8/4/2021 | 14:05:23 | Priority_Number | 0 | 3 | | Response_Master_Incident | PD911S020144 | AC6246 |
| 8/4/2021 | 14:05:23 | Incident_Type | | 1-MAN | (Response Viewer) | Response_Master_Incident | PD911S020144 | AC6246 |
| 8/4/2021 | 14:05:29 | Address | (Blank) | 1900 N SOONER | New Entry | Response_Master_Incident | PD911S020144 | AC6246 |
| 8/4/2021 | 14:05:31 | Jurisdiction | | SPRINGLAKE | (Response Viewer) | Response_Master_Incident | PD911S020144 | AC6246 |
| 8/4/2021 | 14:05:31 | Division | | SL2 | (Response Viewer) | Response_Master_Incident | PD911S020144 | AC6246 |
| 8/4/2021 | 14:05:31 | Battalion | | C8 | (Response Viewer) | Response_Master_Incident | PD911S020144 | AC6246 |
| 8/4/2021 | 14:05:31 | Response_Area | | C8 | (Response Viewer) | Response_Master_Incident | PD911S020144 | AC6246 |
| 8/4/2021 | 14:05:31 | Response_Plan | | C8 1-MAN | (Response Viewer) | Response_Master_Incident | PD911S020144 | AC6246 |
| 8/4/2021 | 14:05:31 | DispatchLevel | | Default | (Response Viewer) | Response_Master_Incident | PD911S020144 | AC6246 |

| Date | Time | Field | Value 1 | Value 2 | Source | Record |
|---|---|---|---|---|---|---|
| 8/4/2021 | 14:05:31 | ResponsePlanType0 | | 1 | (Response Viewer) | Response_Master_Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:05:31 | Address | 1900 N SOONER | 1900 N SOONER RD | Entry Selected/Returned from GeoLocator | Response_Master_Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:05:31 | Latitude | 0 | 35488264 | Entry Selected/Returned from GeoLocator | Response_Master_Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:05:31 | Longitude | 0 | 97424063 | Entry Selected/Returned from GeoLocator | Response_Master_Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:05:33 | Problem | CHECK WELFARE <72~OCPD | ACCIDENT WITH INJURIES <82 | (Response Viewer) | Response_Master_Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:05:33 | Response_Plan | | C8 1-MAN | (Response Viewer) | Response_Master_Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:05:33 | ResponsePlanType0 | | 1 | (Response Viewer) | Response_Master_Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:05:33 | Priority_Description | P3 Danger of Life/Prop NOT Inv | P2 May Need Life/Prop Protect | Default | Response_Master_Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:05:33 | Priority_Number | 3 | 2 | Default | Response_Master_Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:05:33 | Incident_Type | | 1-MAN | (Response Viewer) | Response_Master_Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:05:35 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:05:35 | Pickup_Map_Info | | AAAA | | Response_Transports PD911S020144 AC6246 |
| 8/4/2021 | 14:05:35 | Map_Info | | AAAA | | Response_Master_Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:05:35 | Caller_Building | | 2524 | Polygon Lookup | Response_Master_Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:05:39 | Unread Comment | False | True | (Response Viewer) | Incident SVP911APPV05VP911APPV05MSOS |
| 8/4/2021 | 14:05:46 | Read Call | False | True | (Response Viewer) | Response_Master_Incident PD911S020136 TC0141 |
| 8/4/2021 | 14:05:46 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident PD911S020136 TC0141 |
| 8/4/2021 | 14:05:50 | Unread Comment | False | True | (Response Viewer) | Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:05:59 | Caller_Name | | PHILLIP | (Response Viewer) | Response_Master_Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:06:09 | Call_Back_Phone | | (405)206-7600 | (Response Viewer) | Response_Master_Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:06:09 | Call Back Phone | | (405)206-7600 | (Response Viewer) | Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:06:18 | Caller_Name | PHILLIP | PHILLIP - WITNESS | (Response Viewer) | Response_Master_Incident PD911S020144 AC6246 |
| 8/4/2021 | 14:06:21 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident PD911S020136 TC0141 |
| 8/4/2021 | 14:08:22 | Unread Comment | False | True | (Response Viewer) | Incident SVP911APPV02VP911APPV02MSOS |
| 8/4/2021 | 14:10:20 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident PD911S020136 TC0141 |
| 8/4/2021 | 14:13:13 | Unread Comment | False | True | (Response Viewer) | Incident PD911S020136 TC0141 |
| 8/4/2021 | 14:48:58 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident PD911S020136 TC0141 |

**Custom Time Stamps**
**No Custom Time Stamps**

**Custom Data Fields**
**No Custom Data Fields**

**Attachments**
**No Attachment**