# EXHIBIT 7

======================================================================
#### OKLAHOMA CITY POLICE DEPARTMENT CRIME REPORT
======================================================================

Reported Date: 11/03/00   Time: 11:58      Case: 00-102991 (000)   Page: 1
Code: 21-644.C SS    Crime: DOM VIOLENCE   Class: 040501
Occurrence Date: 11/03/00-     Day: FRIDAY  -        Time: 11:58-
Status:             Closing Officer:
Location: 9██ N. ROCKWELL AV., OK ██████          RD:  49

======================= INVOLVED PERSONS ======================
VICTIM: ████████                    DOB: ██████   Race: W  Sex: F

 Apt: ██  State: ██  Zip: ██████    Phone: ████████    Adu/Juv: A
 POB:       Hair: ████  Eye: ███  Hgt: ███  Wgt: ███   Bld: ███
Business Name: ████████
                         Phone: ████████

████████

 ----------------------------------------
WITNESS: ████████                   DOB: ██████    Race: B  Sex: F

 Apt: ██  State: ██  Zip: ████   Phone: ████████   Adu/Juv: A
 POB:       Hair: ████  Eye: ███  Hgt: ███  Wgt: ███   Bld: ███
Business Name: ████████
                         Phone: ████████

████████

======================= SUSPECTS/ARRESTS ======================
ARRESTED:  ANTWINE ERNEST EUGENE       DOB: 06/●/1979   Race: B  Sex: M
 9██ N. ROCKWELL AV., OK
 Apt: ██  State: OK  Zip:       Phone: 405 787-4107   Adu/Juv: A
 POB: OK        Hair: BLK  Eye: BRO  Hgt: 507  Wgt: 145    Bld: MED
Business Name:
                         Phone:


 Driver License: ████████       Social Security: ████████
 CII:      FBI:        Booking Number: 000114975
================== CRIME ANALYSIS ELEMENTS =====================
 Age: 21  Build: MED

======================= NARRATIVE ======================
HEFNER TELEPHONE REPORT

CHARGES:          1.  VIOLATION OF DOMESTIC ABUSE ACT  SS 21-644.C


BODY OF REPORT:

        ON THIS DATE, THIS OFFICER AND OFFICER GREG TURNER, RIDING UNITS
B54 AND B32, RECEIVED A CALL OF A DOMESTIC BEATING IN PROGRESS AT 9██ N.
ROCKWELL AVENUE, ████████.

        SEVERAL WITNESSES CALLED IN REFERENCE TO THIS DOMESTIC.  THE WI
LISTED ABOVE, ████████, STATED THAT SHE HEARD THE AR BEATING ON THE DOOR
AND HOUSE.  THE WI WENT OUT INTO THE BREEZEWAY AND SAW THE VI ██████ BEING
GRABBED, BY AR ANTWINE, AROUND THE THROAT.  AR THEN PUSHED VI AGAINST THE
WALL AND THEN THREW HER TO THE GROUND.

        THE VI STATED PRIOR TO THE INCIDENT OUTSIDE, AR WAS HITTING HER
AND KICKING HER IN HER MID SECTION, (STOMACH AREA), AND HAD KNOCKED HER
DOWN AND BEAT HER HEAD ON THE FLOOR.  THE VI, DURING THE STRUGGLE,

-----------------------------------------------------------2000-0102991-000

ATTEMPTED TO PROTECT HERSELF, AND THE AR ENDED UP WITH SCRATCH MARKS ON HIS BACK, FACE, AND CHEST.

UPON OUR ARRIVAL, I SAW THE AR OUTSIDE IN THE BREEZEWAY AND I OBSERVED THESE SCRATCH MARKS. AR STATED THAT THE VI WENT CRAZY. I OBSERVED THE VI, WHICH AT THIS TIME WAS LAYING ON THE FLOOR BY THE FRONT DOOR INSIDE THE APARTMENT SURROUNDED BY MEDICAL PERSONNEL FROM THE FIRE DEPARTMENT AND EMSA. VI HAD COMPLAINTS OF INJURIES ABOUT HER NECK, HEAD AND STOMACH AREA. I DID OBSERVE A BLOODY LIP.

AT THIS TIME, I ADVISED AR ANTWINE THAT HE WAS UNDER ARREST FOR DOMESTIC ABUSE ACT. I GATHERED ALL THE PERTINENT INFORMATION AT THE SCENE, CONTACTED MY SUPERVISOR, LT. WILLIAMS, #084, L111, AND HE MET THE VI AT ▮▮▮ HOSPITAL TO TAKE PICTURES. HE ALSO GAVE THE AUTHORITY FOR A HOLD.

AR ANTWINE WAS THEN TRANSPORTED TO THE OKLAHOMA CITY/COUNTY JAIL, WHERE HE WAS BOOKED IN ON THE ABOVE CHARGE OF VIOLATION OF DOMESTIC ABUSE ACT.

END OF REPORT.

--------------------------------------------------------------------------------
OKLAHOMA CITY POLICE DEPARTMENT REPORT TRAILER
--------------------------------------------------------------------------------
Reporting Officer: SIMONDS, KEIT  Number: 000668  Date: 11/03/00  Time: 11:58
    Typed by: PDSM8327V    Number: SM8327  Date: 11/03/00  Time: 13:45
Approving Officer: PDSM8327V     Number: SM8327  Date: 11/03/00  Time: 15:09

========================================================
### OKLAHOMA CITY POLICE DEPARTMENT CRIME REPORT
========================================================

Reported Date: 09/11/01    Time: 05:29    Case: 01-086023 (000)   Page: 1
Code:              Crime: COUNTY WARRAN  Class: 421400
Occurrence Date: 09/11/01-    Day: TUESDAY  -        Time: 05:29-
Status:              Closing Officer:
Location: 1100 W. HEFNER RD., OK              RD: 495

===================== SUSPECTS/ARRESTS =====================
ARRESTED:   ANTWINE ERNEST EUGENE         DOB: 06●/1979  Race: B  Sex: M
    ●●NE. 19TH ST., OK
    Apt:      State: OK  Zip: 73111    Phone:            Adu/Juv: A
    POB: OK    Hair: BLK  Eye: BRO  Hgt: 508  Wgt: 165    Bld:
Business Name:
                    Phone:


    Driver License: ▓▓▓▓▓    Social Security: ▓▓▓▓▓▓
    CII:      FBI:        Booking Number: 000114975
================= CRIME ANALYSIS ELEMENTS =====================
    Age: 22

===================== NARRATIVE =========================
SPRINGLAKE TELEPHONE REPORT:

RELATED CASE NUMBERS:  01-086018 AND 01-085410

WARRANT:
CM 2850 VIOLATION OF SUSPENDED SENTENCE OKLAHOMA COUNTY
CHARGES:
IWOP/FALSE INFORMATION PS3 #01366906X

BODY OF REPORT:

ON 091101 AT 0329 HOURS I WAS DISPATCHED TO 1100 W. HEFNER ON A SUSPICIOUS
VEHICLE.

UPON MY ARRIVAL AR ANTWINE WAS STANDING BY A BLACK CAR IN THE PARKING LOT
OF THE 7-11.  HE GOT IN THE CAR ON THE DRIVER'S SIDE, THEN GOT OUT AND
WALKED TO THE TELEPHONE AND THEN WENT INTO THE STORE.  I WALKED INTO THE
STORE AND ASKED HIM IF THAT WAS HIS CAR AND HE SAID YES.

UPON RUNNING THE VEHICLE IT WAS FOUND TO BE A STOLEN VEHICLE.  AFTER
FURTHER INVESTIGATION IT WAS FOUND THAT IT WAS NOT A STOLEN VEHICLE.

I PLACED AR IN MY SCOUT CAR AND ASKED HIM FOR PERSONAL INFORMATION.  HE
GAVE THE NAME OF ▓▓▓▓▓▓▓▓, WITH A DOB OF ▓▓▓▓.  UPON SEARCHING
AR OFFICER CHAPA ASKED HIM TO TAKE HIS SHOES OFF AND HIS DRIVER'S LICENSE
FELL OUT WITH HIS REAL NAME ON IT.  IT WAS FOUND THAT HE HAD A GOOD COUNTY
WARRANT.

I TRANSPORTED AR TO THE COUNTY JAIL AND BOOKED HIM FOR THE ABOVE LISTED
WARRANT AND THE TICKET.

FOR MORE INFORMATION SEE CASE #01-086018 AND 01-085410.

END OF REPORT


========================================================
### OKLAHOMA CITY POLICE DEPARTMENT REPORT TRAILER
========================================================

------------------------------------------------------------2001-0086023-000

Approved By:              [DA9780] on 9/11/2001

===============================================================
### OKLAHOMA CITY POLICE DEPARTMENT CRIME REPORT
===============================================================
Reported Date: 05/09/02   Time: 16:39     Case: 02-043068 (000)   Page: 1
Code: 63-2.415 SS    Crime: TRAF ILL DRUG  Class: 180405
Occurrence Date: 05/09/02-    Day: THURSDAY -        Time: 16:39-
Status:              Closing Officer:
Location:  NE. 23RD ST. /N. KELLEY AV. , OK          RD: 2537

===================== INVOLVED PERSONS =====================
INV PERS:                          DOB:              Race: B  Sex: F
   Apt:      State:      Zip:      Phone:            Adu/Juv: A
   POB:      Hair:    Eye:    Hgt:      Wgt:      Bld:
Business Name:
                      Phone:


==================== SUSPECTS/ARRESTS ====================
ARRESTED-1:  HARRIS FARRAH GAYLE        DOB: 12/●/1983  Race: B  Sex: F
   ●●●NE. ●TH ST., OK
   Apt:      State: OK  Zip: 73111   Phone: 405●●9796  Adu/Juv: A
   POB:      Hair: BLK  Eye: BRO  Hgt: 507  Wgt: 115  Bld: MED
Business Name:
                      Phone:


   Driver License:          Social Security:
   CII:      FBI:      Booking Number: 000141627
================== CRIME ANALYSIS ELEMENTS ==================
   Age: 18  Build: MED

   ----------------------------------------------------
ARRESTED-2:  ANTWINE ERNEST EUGENE        DOB: 06/●/1979  Race: B  Sex: M
   ●● NE. 19TH ST., OK
   Apt:      State: OK  Zip: 73111   Phone: 405●●-0760  Adu/Juv: A
   POB: OK      Hair: BLK  Eye: BRO  Hgt: 510  Wgt: 160  Bld: MED
Business Name:
                      Phone:


   Driver License:          Social Security:
   CII:      FBI:      Booking Number: 000114975
================== CRIME ANALYSIS ELEMENTS ==================
   Age: 22  Build: MED

======================= NARRATIVE =======================
SPRINGLAKE TELEPHONE REPORT


FORENSIC ROOM #:
PROPERTY ROOM #:
-----------------------------------------------------------------
          CUST.   TYPE   CAT.                BRAND/MAKE
NO.       CODE    CODE   CODE   ARTICLE       NAME/SERIAL     QTY/VALUE
-----------------------------------------------------------------
1    E/C    C    N    ONE PLASTIC BAGGY WITH A TAN
                      COLORED ROCK LIKE SUBSTANCE
                      WHICH FIELD TESTED POSITIVE
                      FOR COCAINE BASE.  TOTAL WEIGHT
                      6.4 GRAMS


-----------------------------------------------------2002-0043068-000

Approved By:              [PG9513] on 5/9/2002

| 2 | E/C | C | N | 3 BROWN GLASS VIALS CONTAINING LIQUID PCP, TOTAL WEIGHT 11 GRAMS. |

CHARGES:  AR1 HARRIS:

    COUNTY WARRANT
    1.  LARCENY FROM RETAILER, TICKET #JF-99-867.

    AR2 ANTWINE:
    1.  TRAFFICKING CDS, 63-2.415.
    2.  POSSESSION OF CDS WITH INTENT, 63-2.401.B1D.

    COUNTY WARRANT
    1.  FAILURE TO APPEAR, CM-00-2851.

BODY OF REPORT:

ON LISTED DATE AND TIME  I WAS DISPATCHED TO 1006 NE. 19TH ST. IN REFERENCE TO A BLACK MALE WEARING AN ORANGE DEW RAG SELLING DRUGS.

I RESPONDED TO THE AREA AND DIDN'T LOCATE ANY SUBJECT BUT DID OBSERVE A WHITE CADILLAC PARKED IN THE STREET WITH A FEMALE DRIVER IN FRONT OF THE HOUSE AT ●06 NE. 19TH ST.

I THEN OBSERVED A BLACK MALE WEARING AN ORANGE DEW RAG AND A BLACK FEMALE COME OUT OF THE HOUSE AND GET INSIDE THE VEHICLE WITH THE FEMALE DRIVER.  THE WHITE CADILLAC TURNED NORTHBOUND ON KELLEY FROM NE. 19TH ST.

I DROVE BEHIND THE WHITE CADILLAC AND SAW THE VEHICLE NOT USE IT'S LEFT TURN SIGNAL WHILE TURNING LEFT AT NE. 23RD AND KELLEY.  I TURNED ON MY OVERHEAD LIGHTS AND CONDUCTED A TRAFFIC STOP ON THE VEHICLE AT THAT TIME.  I MADE MY APPROACH TO THE CADILLAC AND IMMEDIATELY SAW THE BLACK MALE WITH THE ORANGE DEW RAG SITTING IN THE BACK SEAT.

I THEN SAW THE BLACK MALE START MAKING SUSPICIOUS STUFFING MOVEMENTS WITH HIS HANDS IN THE BACK SEAT.  I THEN MADE CONTACT WITH HIM WHO WAS LATER IDENTIFIED AS AR2.

OFFICER JENNY SCOTT WHO IS NOW ON THE SCENE, MAKE CONTACT WITH THE DRIVER, IP.

I STARTED SPEAKING WITH AR2 WHILE HE WAS IN THE BACK SEAT AND HE WAS ACTING VERY NERVOUS.  I ASKED AR TO STEP OUT AND NOTICED HE HAD SOMETHING WADDED UP IN HIS HAND.

I HAD AR TURN AROUND SO I COULD DO A PAT SEARCH FOR WEAPONS.  AR HAD SOME MONEY WADDED UP IN HIS HAND AND TOOK IT OUT AND PLACED IT IN HIS POCKET.  AR WAS STILL ACTING VERY NERVOUS LIKE HE MIGHT TRY TO RUN OR FIGHT, SO I HAD HIM SIT IN THE BACK OF MY SCOUT CAR DURING THE INVESTIGATION.

OFFICER SCOTT THEN HAD THE PASSENGER, AR HARRIS, OUT OF THE VEHICLE AND WAS OBTAINING HER INFORMATION.  I THEN MADE CONTACT WITH THE DRIVER, IP, AND HAD HER STEP OUT.

I ASKED IP IF THERE WAS ANYTHING ILLEGAL INSIDE OF HER VEHICLE SUCH AS GUNS OR NARCOTICS.  IP STATED NO AND TOLD ME I COULD SEARCH THE VEHICLE FOR WHATEVER I WANTED.

AT THAT TIME I SEARCHED THE VEHICLE AND FOUND ON TOP OF THE BACK SEAT, RIGHT WHERE AR2 WAS MAKING SUSPICIOUS MOVEMENTS WITH HIS HANDS, 5 VIALS OF PCP AND A PLASTIC BAGGY WITH A TAN COLORED ROCK LIKE SUBSTANCE WHICH FIELD TESTED

Approved By:          [PG9513] on 5/9/2002

POSITIVE FOR COCAINE BASE.

I THEN TOOK THE ILLEGAL NARCOTICS AND THEY MAINTAINED IN MY CUSTODY UNTIL THEY WERE BOOKED INTO THE OCPD DRUG LOCKER UNDER SEAL NUMBER ███.

I THEN PLACED AR2 UNDER ARREST FOR THE ILLEGAL NARCOTICS.

IT SHOULD ALSO BE NOTED THAT THE AMOUNT OF NARCOTICS FOUND 6.4 GRAMS OF CRACK WHICH CONSTITUTES TRAFFICKING IN COCAINE AND 11 GRAMS OF PCP, WHICH CONSTITUTES POSSESSION WITH THE INTENT TO DISTRIBUTE. BOTH OF THESE AMOUNTS ARE CONSISTENT WITH THE SELLING OF DRUGS.

OFFICER SCOTT OBTAINED AR1'S INFORMATION AND C.I.U. CONFIRMED THAT SHE HAD THE ABOVE LISTED OUTSTANDING COUNTY WARRANT. SHE WAS ALSO PLACED UNDER ARREST AND PUT IN THE BACK SEAT OF MY CAR.

IP1 WAS RELEASED AT THAT TIME ALONG WITH HER VEHICLE. LT. STAN OLIVE (727) ARRIVED ON THE SCENE AND SIGNED A HOLD FOR STATE CHARGE ON AR2.

I THEN TRANSPORTED BOTH AR'S TO THE OKLAHOMA COUNTY JAIL. I BOOKED IN AR1 ON THE ABOVE LISTED CHARGE AND RELEASED HER TO COUNTY. AR2 WAS ACTING VERY ILL WHILE TRYING TO BE BOOKED IN, TAKING OFF HIS CLOTHES, SPITTING EVERY FEW SECONDS, BENDING OVER FROM THE WAIST AND HOLDING HIS MOUTH. THE COUNTY NURSE TOOK AR2'S BLOOD PRESSURE AND SAID HE WAS ON SOME TYPE OF DRUGS AND THAT HE NEEDED TO BE TAKEN TO THE HOSPITAL.

I THEN TRANSPORTED AR2 TO ████████ HOSPITAL WHERE HE WAS CHECKED OUT BY A PHYSICIAN. THE PHYSICIAN ON DUTY MEDICALLY CLEARED AR AND I TRANSPORTED HIM BACK TO COUNTY AND BOOKED HIM IN ON THE ABOVE LISTED CHARGES.

END OF REPORT.

==============================================================================
        OKLAHOMA CITY POLICE DEPARTMENT REPORT TRAILER
==============================================================================
Reporting Officer: BREWER DONALD  Number: 001259  Date: 05/09/02  Time: 16:39
      Typed by: PDPG9513V      Number: PG9513  Date: 05/09/02  Time: 21:13
Approving Officer: PDPG9513V      Number: PG9513  Date: 05/09/02  Time: 23:15

========================================================
### OKLAHOMA CITY POLICE DEPARTMENT CRIME REPORT
========================================================

Reported Date: 10/15/01   Time: 00:13   Case: 01-097614 (000)   Page: 1
Code: 63-2.401.B1C SS   Crime: POSSESS CDS   Class: 180101
Occurrence Date: 10/15/01-   Day: MONDAY -   Time: 00:13-
Status:        Closing Officer:
Location: NW. 23RD ST. /N. PORTLAND AV. , OK        RD: 223

===================== SUSPECTS/ARRESTS =====================
ARRESTED:   ANTWINE ERNEST EUGENE        DOB: 06/20/1979   Race: B   Sex: M
██ ██ NE. 19TH ST., OK
Apt:        State: OK Zip: 73111    Phone: 405██-1097  Adu/Juv: A
POB: OK    Hair: BLK  Eye: BRO  Hgt: 508  Wgt: 165    Bld:
Business Name:

Phone:

Driver License: ██████        Social Security: ██████
CII:        FBI:        Booking Number: 000114975
================= CRIME ANALYSIS ELEMENTS =================
Age: 22

===================== NARRATIVE =====================
HEFNER TELEPHONE REPORT

FORENSIC #: ██
PROPERTY ROOM #:

--------------------------------------------------------
| NO. | CUST. CODE | TYPE CODE | CAT. CODE | ARTICLE | BRAND/MAKE NAME/SERIAL | QTY/VALUE |
|---|---|---|---|---|---|---|
| 1 | E/C | C | N | SEAL #██ - ONE SMALL BAG CONTAINING WHITE POWDER FIELD TESTED POSITIVE FOR COCAINE .5 GRAMS IN WEIGHT | | |
| 2 | E/C | X | Y | ONE WOMAN'S WALLET | | |
| 3 | E/C | X | Y | ONE SDL/ID CARD IN THE NAME OF ██████ | | |

CHARGES:

#1 - POSSESSION OF CDS COCAINE - SS 63-2.401.B1C
#2 - OK COUNTY WARRANT - FAILURE TO APPEAR - CM002890

BODY OF REPORT:

ON THE ABOVE LISTED DATE AND TIME, I ESTABLISHED A VOLUNTARY CONTACT WITH AR AS HE STOOD IN FRONT OF THE 7-11 AT NW 23RD AND PORTLAND. AS I MADE CONTACT WITH AR HE IMMEDIATELY RECOGNIZED ME FROM PREVIOUS ENCOUNTERS ON THE NORTHEAST SIDE OF TOWN.

WHILE SPEAKING WITH AR, HE REMINDED ME OF HIS GANG AFFILIATION AND OF A DOMESTIC I WORKED BETWEEN HIM AND HIS GIRLFRIEND, ██████, WHITE FEMALE, ██████, SEVERAL YEARS AGO. I ASKED HIM IF HE HAD ANY GUNS OR DRUGS ON HIS PERSON AND HE SAID NO. I ASKED IF I COULD CHECK HIM AND HE SAID "GO AHEAD".

AS I WAS SEARCHING AR, I REMOVED A WOMAN'S WALLET FROM HIS FRONT RIGHT PANTS POCKET. HE TOLD ME IT BELONGED TO HIS GIRLFRIEND, ██████

-----------------------------------------------------2001-0097614-000

Approved By:        [SN4321] on 10/15/2001

I ASKED HIM WHY HE WAS CARRYING IT.  HE SAID "I'VE JUST BEEN HAVING IT."
INSIDE THIS WALLET I FOUND THE ABOVE LISTED BAGGIE CONTAINING WHAT I
BELIEVED TO BE ONE OR TWO ROCKS OF COCAINE THAT HAD BEEN CRUSHED INTO
POWDER FORM.  ALSO IN THIS WALLET I FOUND PHOTOS AND ID IN THE NAME OF
████████████.  HE ADMITTED THAT THIS WAS STILL HIS GIRLFRIEND.

AR WAS PLACED UNDER ARREST AND TRANSPORTED TO THE COUNTY  JAIL.  I
PERFORMED A FIELD TEST ON THE COCAINE WITH A POSITIVE RESULT.  I CONFIRMED
THE ABOVE LISTED WARRANT.

AR WAS BOOKED INTO COUNTY JAIL WITHOUT INCIDENT.

THE COCAINE WAS BOOKED IN THE DRUG LOCKER AND THE WALLET AND ID WERE BOOKED
INTO THE PROPERTY ROOM.


END OF REPORT.


===========================================================================
         OKLAHOMA CITY POLICE DEPARTMENT REPORT TRAILER
===========================================================================
Reporting Officer: GALYON, PAUL   Number: 001071  Date: 10/15/01  Time: 00:13
        Typed by: PDSN4321V   Number: SN4321  Date: 10/15/01  Time: 00:46
Approving Officer: PDSN4321V       Number: SN4321  Date: 10/15/01  Time: 07:05

Approved By:                    [SN4321] on 10/15/2001

=====================================================
**OKLAHOMA CITY POLICE DEPARTMENT CRIME REPORT**
=====================================================

Reported Date: 02/27/04   Time: 16:17      Case: 04-019397 (000)  Page: 1
Code: 63-2.402.B1 SS   Crime: POSS CDS I/II  Class: 180101
Occurrence Date: 02/27/04-    Day: FRIDAY  -        Time: 16:17-
Status:              Closing Officer:
Location: 1006 NE. 19TH ST., OK              RD: 2508

================= INVOLVED PERSONS ==================
INV PERS:                DOB:         Race: B  Sex: F

  Apt:      State:    Zip:         Phone:              Adu/Juv: A
  POB:      Hair:     Eye:      Hgt:     Wgt:      Bld:
Business Name:
                          Phone:

----------------------------------------------------
WITNESS:                      DOB:        Race: B  Sex: M

  Apt:      State:    Zip:         Phone:            Adu/Juv: A
  POB:      Hair:     Eye:      Hgt:     Wgt:      Bld:
Business Name:
                          Phone:

================= SUSPECTS/ARRESTS =================
ARRESTED:   ANTWINE ERNEST EUGENE       DOB: 06/20/1979  Race: B  Sex: M
  ●● NE. 19TH ST., OK
  Apt:      State: OK  Zip: 73111   Phone: 405●●0760   Adu/Juv: A
  POB: OK   Hair: BLK  Eye: BRO  Hgt: 508  Wgt: 160   Bld: MED
Business Name:
                          Phone:

  Driver License:             Social Security:
  CII:      FBI:      Booking Number: 000011497
================= CRIME ANALYSIS ELEMENTS =================
  Age: 24  Build: MED

================= NARRATIVE =================
FORENSIC ROOM #:
PROPERTY ROOM #:
----------------------------------------------------
          CUST.   TYPE   CAT.                BRAND/MAKE
NO.       CODE    CODE   CODE   ARTICLE       NAME/SERIAL   QTY/VALUE
----------------------------------------------------
1         E/C     C      N      ONE SMALL PLASTIC BAGGIE CONTAINING
                                APPROXIMATELY 1g OF CRACK COCAINE


SPRINGLAKE TELEPHONE REPORT

CHARGES:

POSSESSION OF CDS AFC  63-2.4
IWOP/OBSTRUCTING DISOBEY LAWFUL COMMAND  PR6  03-1836295

BODY OF REPORT:

ON 022704, AT APPROXIMATELY 1621 HOURS, I WAS SENT TO 1006 NE. 19TH STREET

-----------------------------------------------------2004-0019397-000

Approved By:                 [DE6244] on 2/28/2004

REGARDING FOUR SUBJECTS FIGHTING AND THAT A KNIFE WAS INVOLVED.

ON ARRIVAL, I OBSERVED THAT AR ANTWINE WAS LYING ON THE GROUND BLEEDING. WHEN I APPROACHED HIM, TO CHECK HIS WELFARE HE IMMEDIATELY PUT HIS LEFT HAND IN HIS LEFT FRONT PANTS POCKET. I TOLD HIM TO REMOVE IT THREE TIMES AND HE DID NOT COMPLY.

WHEN I PLACED MY HAND ON HIS ARM, HE WITHDREW HIS HAND WITH A CLOSED FIST. I TOOK CUSTODY OF HIS HAND TRYING TO REMOVE THE ITEM IN HIS GRASP. HE WOULD NOT COMPLY AND BEGAN ACTIVELY RESISTING IN A DEFENSIVE MANNER.

I SECURED HIM AND BEFORE PLACING HIM IN CUFFS HE WAS ABLE TO THROW AWAY WHATEVER WAS IN HIS HAND.

I IMMEDIATELY PLACED HIM IN FULL CUSTODIAL ARREST FOR DISOBEYING MY LAWFUL COMMAND. I THEN REMOVED APPROXIMATELY 1g OF CRACK COCAINE THAT WAS IN A PLASTIC BAGGIE IN HIS LEFT SOCK UPON SEARCHING HIM INCIDENT TO FULL CUSTODIAL ARREST.

EMSA TREATED HIM AT THE SCENE AND HIS MOTHER, IP ██████████ OBSERVED MY CONTACT WITH HER SON. I GAVE HER MY LIEUTENANT'S PHONE NUMBER AND THE CASE NUMBER. SHE WAS FULLY COOPERATIVE.

WHEN I HAD ARRIVED, AR ANTWINE'S FRIEND, WI ██████ TOLD ME THAT AR WAS TALKING TO TWO GUYS AND A GIRL IN THE FRONT YARD. ANOTHER GUY CALLED AR OUT TO THE STREET. HE THEN JUMPED OUT OF THE CAR AND STARTED FIGHTING ONE ON ONE WITH AR. ALTHOUGH AR TOLD ME THAT THEY HAD HIT HIM WITH A STICK OR SOMETHING, WI ██████ SAID IT WAS JUST A FIST FIGHT. ██████ ALSO SAID THAT WHEN AR WAS ON THE GROUND A FEMALE WAS KICKING AR AS WELL. NEITHER AR NOR ██████ KNEW ANY OF THE SUBJECTS FIGHTING AR, ALTHOUGH ██████ SAID THAT THE MAIN PERSON FIGHTING AR WENT BY THE NICKNAME, "██████."

ALL THE SUSPECTS LEFT IN AN OLDER MODEL BLUE CAMARO, THREE BLACK MALES AND ONE BLACK FEMALE.

OFFICER C. GULIKERS (1403) TOOK CUSTODY OF BOTH AR AND THE COCAINE FROM ME. GULIKERS BOOKED AR INTO THE OKLAHOMA COUNTY JAIL AND ALSO BOOKED THE ONE GRAM OF COCAINE INTO THE DRUG LOCKER SEAL #██████.

THE FELONY CHARGE ON AR WAS AFC. SINCE HE HAD A FORMER FELONY CONVICTION WITH A DOC NUMBER OF 452232.

THE OTHER SUSPECTS FIGHTING WE NEVER FOUND AND NO ONE KNEW THEM.

THE JAIL LIEUTENANT AUTHORIZED THE HOLD FOR STATE CHARGES.

END OF REPORT.

========================================================================
     OKLAHOMA CITY POLICE DEPARTMENT REPORT TRAILER
========================================================================
Reporting Officer: STRATTON GEOR  Number: 001144  Date: 02/27/04  Time: 16:17
     Typed by: DE6244     Number: DE6244  Date: 02/27/04  Time: 18:28
Approving Officer: DE6244     Number: DE6244  Date: 02/28/04  Time: 16:46

---------------------------------------------------2004-0019397-000

Approved By:                    [DE6244] on 2/28/2004

=======================================================
     OKLAHOMA CITY POLICE DEPARTMENT CRIME REPORT
=======================================================

Reported Date: 03/30/14   Time: 10:54    Case: 14-024770 (000)  Page: 1
Code: 21-649 SS   Crime: A&B POL OFF  Class: 040502
Occurrence Date: 03/30/14-   Day: SUNDAY  -      Time: 10:54-
Status:           Closing Officer:
Location: 14███ NE. 25TH ST., OK              RD: 2537

===================== INVOLVED PERSONS =====================
VICTIM:  SMITH TRAVIS MICHAEL      DOB: ██████   Race: W  Sex: M
  ██ COLCORD DR., OK
  Apt:      State: OK  Zip: 73102   Phone: ██████   Adu/Juv: A
  POB:      Hair:   Eye:   Hgt:    Wgt:    Bld:
Business Name: OCPD/#1351
  ██ COLCORD              Phone: 405 ██ 1160
  OKLAHOMA CIT,OK

  -----------------------------------------------------
REPORTING PER ███████████████    DOB: ██████  Race: B  Sex: M
  Apt:    State: █  Zip: ███  Phone: ██████████  Adu/Juv: A
  POB: █████    Hair: ██  Eye: ███  Hgt: ███  Wgt: ███  Bld: █████
  Business Name: ███████
                 Phone:

===================== SUSPECTS/ARRESTS =====================
ARRESTED:  ANTWINE ERNEST EUGENE    DOB: 06██/1979  Race: B  Sex: M
  ████ NE. 25TH ST., OK
  Apt:    State: OK  Zip:    Phone: 405 ██ 8299  Adu/Juv: A
  POB: OK    Hair: BLK  Eye: BRO  Hgt: 511  Wgt: 165  Bld:
Business Name: NONE
                 Phone:

  Driver License: ████████   Social Security: █████████
  CII:    FBI:    Booking Number:
================== CRIME ANALYSIS ELEMENTS ==================
  Age: 34

===================== PROPERTY =====================
Item Number: 0001   Evid/Cust: E
Property Type: X  Cat: Y  Article: MISC   Brand:    Model:
Serial:         Group Serial:
Descr: TASER CARTRIDGE            Qty:   1  Value:

===================== NARRATIVE =====================
SPRINGLAKE TELEPHONE REPORT


CHARGES:

AR ANTWINE

        ASSAULT & BATTERY ON A POLICE OFFICER        21-649
        ASSAULT & BATTERY ON A POLICE OFFICER  AP4   11-5811677


BODY OF REPORT:

ON 033014 AT APPROXIMATELY 1055 HOURS I WAS DISPATCHED TO 14██ NE 25TH STREET

-------------------------------------------------------2014-0024770-000

Approved By:              [000140] on 4/1/2014

IN REFERENCE TO A DOMESTIC. THE CALL NOTED THAT THE CALLING PARTY'S ███ HAD TAKEN OFF ALL OF HIS CLOTHES AND WAS IN THE MIDDLE OF THE STREET AT THAT ADDRESS. THE CALLING PARTY ALSO MENTIONED THAT HE BELIEVED ██████ WAS ON DRUGS. HE URGED US TO GET HERE, BECAUSE "THE BOY IS NOT RIGHT."

ON MY ARRIVAL I MADE CONTACT WITH RP ███████████ WHO WAS IN THE LIVING ROOM OF THE RESIDENCE. I ASKED HIM WHAT WAS GOING ON. HE POINTED TOWARD THE EAST BEDROOM IN THE HOUSE AND SAID "GET HIM OUT ████████ HE'S HIGH OR SOMETHING."

AS I WAS TALKING TO RP ██████████, AR ANTWINE CAME INTO THE LIVING ROOM. HE KEPT PACING BACK AND FORTH CLENCHING HIS FISTS AND MUMBLING INCOHERENTLY. HE WAS FULLY CLOTHED. I ASKED AR ANTWINE WHAT WAS GOING ON. HE STARTED REPEATING OVER AND OVER AGAIN THAT HE HAD "A BELIEF SYSTEM." I ASKED HIM IF HE HAD BEEN OUT IN THE STREET NAKED. HE SAID "NO" AND BEGAN TO GET MORE AGITATED. I TOLD HIM TO SIT DOWN ON THE COUCH AND CALM DOWN. HE SAT DOWN AND SEEMED TO GROW CALMER FOR THE MOMENT.

SGT T SMITH #1351, SGT J PHELPS #0789 AND OFC A ARGO #1674 ARRIVED AT ABOUT THIS TIME.

I ASKED RP ███████ IF AR ANTWINE LIVED IN THE HOUSE. HE SAID THAT HE HAD LIVED THERE FOR ABOUT A MONTH, BUT TODAY HE STARTED ACTING "CRAZY," AND HE BELIEVED HE MAY BE ON SOMETHING. I ASKED AR ANTWINE IF HE WAS ON ANY DRUGS AND, MORE SPECIFICALLY, IF HE HAD SMOKED ANY PCP. HE BECAME AGITATED AGAIN, STOOD UP AND BEGAN TO PACE. I ASKED HIM AGAIN IF HE HAD TAKEN OFF HIS CLOTHES AND WALKED UP AND DOWN THE STREET. THIS TIME HE TOLD ME THAT "███████" HAD PUSHED HIM OUTSIDE NAKED. HE SAID THAT HE WASN'T ON ANYTHING AT ALL, AND THEN HE STARTED BABBLING ABOUT BEING THE "BLACK JESUS AND HAVING A BELIEF SYSTEM." HE EXPLAINED THAT HE COULD READ HIS ██████████ THOUGHTS, AND ██████████ COULD READ HIS THOUGHTS. HE STATED THAT HE COULD GET NAKED IF HE WANTED TO AND WALK AROUND NAKED OUTSIDE BECAUSE OF HIS BELIEF SYSTEM.

I BELIEVED AR ANTWINE TO BE DELUSIONAL AND OUT OF TOUCH WITH REALITY. BASED ON HIS ACTIONS, IT WAS OBVIOUS IT WAS A POTENTIAL DANGER TO HIMSELF AND THOSE AROUND HIM.

I TOLD AR ANTWINE TO TURN AROUND AND PUT HIS HANDS BEHIND HIS BACK. HE SAID "NO" AS HE JUMPED UP ON THE COUCH. AR STARTED SCREAMING, "DON'T PUT YOUR HANDS ON ME! DON'T PUT YOUR HANDS ON ME!"

AR ANTWINE ALSO SHOUTED REPEATEDLY "MOTHERFUCKIN' ██████████ CAUSED THIS!"

I EXPLAINED TO AR THAT WE WERE GOING TO RESTRAIN HIM ONE WAY OR ANOTHER AND THAT IF HE DID NOT COMPLY HE WOULD BE TASED.

AS I REACHED FOR AR'S RIGHT ARM TO GAIN CONTROL OF HIM, HE SPUN AROUND ON THE COUCH AND ATTEMPTED TO GET AWAY FROM US. SGT T SMITH GRABBED HIM AND PUSHED HIM TOWARD THE WALL. AS SGT SMITH HELD AR ANTWINE I SAW AR ANTWINE OPEN HIS MOUTH AND MOVE HIS HEAD TOWARD SGT SMITH AS IF HE WAS GOING TO BITE HIM. I PLACED THE PALM OF MY RIGHT HAND FIRMLY ON AR ANTWINE'S FOREHEAD AND PRESSED IT INTO THE COUCH. HE BEGAN TO FLAIL, THROW PUNCHES AND KICK AT US. DURING THE ATTEMPTS TO RESTRAIN HIM, AR ANTWINE HIT SGT SMITH IN THE AREA OF HIS FOREHEAD A COUPLE OF TIMES WITH HIS FISTS OR ELBOW.

SGT PHELPS DEPLOYED HIS TASER STRIKING AR ANTWINE IN HIS RIGHT ELBOW AND MIDSECTION. I MOVED AROUND AND HELD AR ANTWINE'S FEET TO THE FLOOR WITH MY RIGHT SHIN WHILE THE OFFICERS HANDCUFFED HIM.

DURING THIS ALTERCATION I REPEATEDLY TOLD AR TO STOP RESISTING AND TO PUT HIS HANDS BEHIND HIS BACK.

WE THEN PLACED AR IN THE BACK SEAT OF MY SCOUT CAR.

--------------------------------------------------------------2014-0024770-000

LT RODGERS #0791 RESPONDED TO THE SCENE. LT RODGERS APPROVED THE HOLD FOR
STATE CHARGES, AND I COMPLETED THE PROBABLE CAUSE AFFIDAVIT. SGT. SMITH SIGNED
CITATION NUMBER 11-5811677 FOR ASSAULT AND BATTERY ON A POLICE OFFICER.

EMSA RESPONDED TO OUR LOCATION TO CHECK AR'S CONDITION. WHILE HE WAS IN MY
BACK SEAT, AR ANTWINE BEGAN TO KICK. I PLACED THE LEG STRAP FROM MY MAXIMAL
RESTRAINT DEVICE ON AR'S ANKLES AND THREADED THE LOOSE ENDS THROUGH THE DOOR TO
KEEP HIS FEET HELD DOWN. AR LAY BACK IN THE BACK SEAT OF MY SCOUT CAR AND
BEGAN BREATHING ERRATICALLY. I MADE THE DETERMINATION FOR EMSA TO TRANSPORT AR
ANTWINE.

EMSA TRANSPORTED AR ANTWINE TO ███████████HOSPITAL WHERE HE WAS TREATED
FOR AN EXTREMELY ELEVATED HEART RATE. DR RODGERS OF ████████████TREATED
AND RELEASED AR ANTWINE. I TRANSPORTED HIM TO THE OKLAHOMA COUNTY JAIL WHERE
HE WAS BOOKED ON THE ABOVE LISTED CHARGES WITHOUT FURTHER INCIDENT.

END OF REPORT.

========================================================================
        OKLAHOMA CITY POLICE DEPARTMENT REPORT TRAILER
========================================================================
Reporting Officer: PRIBBLE MICHA  Number: 001104  Date: 03/30/14  Time: 10:54
        Typed by: PDCB2544V    Number: CB2544  Date: 03/30/14  Time: 15:53
Approving Officer: PHILLIPS JARY  Number: 000140  Date: 04/01/14  Time: 10:24

----------------------------------------------------------2014-0024770-000

Approved By:                    [000140] on 4/1/2014

============================================================
### OKLAHOMA CITY POLICE DEPARTMENT CRIME REPORT
============================================================

**Reported Date:** 04/09/14  **Time:** 14:30  **Case:** 14-027781 (000)  **Page:** 1
**Code:** FT2 MC  **Crime:** MARSHAL ARRES  **Class:** 421300
**Occurrence Date:** 04/09/14-  **Day:** WEDNESDAY-  **Time:** 14:30-
**Status:**          **Closing Officer:**
**Location:** 616 COLCORD DR., OK          **RD:** 7

==================== SUSPECTS/ARRESTS ====================
**ARRESTED-1:** JONES WADE EPHRAME          **DOB:** 07/██/1971  **Race:** W  **Sex:** M
   TRANSIENT., OK
   **Apt:**   **State:** OK **Zip:**   **Phone:**   **Adu/Juv:**
   **POB:** BIGSPRING TX  **Hair:** BRO  **Eye:** HAZ  **Hgt:** 509  **Wgt:** 168  **Bld:** MED
**Business Name:** STEVE COLLINS
                         **Phone:**


   **Driver License:** ████    **Social Security:** ████
   **CII:**   **FBI:**   **Booking Number:**
================== CRIME ANALYSIS ELEMENTS ==================
   **Age:** 42  **Build:** MED

   ----------------------------------------------------------
**ARRESTED-2:** ANTWINE ERNEST          **DOB:** 06/██/1975  **Race:** B  **Sex:** M
   ████ NE. 19TH ST., OK
   **Apt:**   **State:** OK **Zip:** 73111  **Phone:**   **Adu/Juv:** A
   **POB:**   **Hair:** BLK  **Eye:** BRO  **Hgt:** 510  **Wgt:** 165  **Bld:**
**Business Name:**
                         **Phone:**


   **Driver License:**    **Social Security:** ████
   **CII:**   **FBI:**   **Booking Number:**
================== CRIME ANALYSIS ELEMENTS ==================
   **Age:** 38

==================== NARRATIVE ====================
MARSHAL ARREST

AR: ANTWINE, ERNEST

WARRANTS:

TP1    12741731X    DR3    04119417X

BODY OF REPORT:

ARS WERE IN CUSTODY AT THE SEX CRIME OFFENDER OFFICE.  AR WERE BOOKED INTO THE
OKLAHOMA COUNTY JAIL UNDER THE ABOVE LISTED WARRANTS.

END OF REPORT

============================================================
### OKLAHOMA CITY POLICE DEPARTMENT REPORT TRAILER
============================================================
**Reporting Officer:** MAASSEN, THOM  **Number:** 009931 **Date:** 04/09/14 **Time:** 14:30
   **Typed by:** PDHM5586V   **Number:** HM5586 **Date:** 04/11/14 **Time:** 07:55
**Approving Officer:** PDHM5586V     **Number:** HM5586 **Date:** 04/11/14 **Time:** 07:58

---------------------------------------------------2014-0027781-000

Approved By:              [HM5586] on 4/11/2014

===================================================================
### OKLAHOMA CITY POLICE DEPARTMENT CRIME REPORT
===================================================================
Reported Date: 05/30/14   Time: 17:38     Case: 14-043527 (000)  Page: 1
Code:            Crime: FEL WARRANT   Class: 421600
Occurrence Date: 05/30/14-     Day: FRIDAY  -      Time: 17:38-
Status:            Closing Officer:
Location: ●●●NE. 30TH ST., OK              RD: 2539

======================== INVOLVED PERSONS ========================
INV PERS: ███████████    DOB: ███████   Race: B  Sex: M

  Apt:      State: ██  Zip:      Phone: ███████   Adu/Juv: A
  POB: █    Hair: ██  Eye: ██  Hgt: ██  Wgt: ██   Bld: ██
Business Name: ███████████
                        Phone:

======================== INVOLVED VEHICLES =======================
INV VEH:   License: ██████  State: OK  Type: A  Expires: 14
  Year: 09  Make: CHEV   Model: IMPALA  Style: 4DR    Color: GRY
  Identifiers:
  Vin: ████████████           Disposition:

======================= SUSPECTS/ARRESTS =========================
ARRESTED:   ANTWINE ERNEST EUGENE        DOB: 06/20/1979  Race: B  Sex: M
  ●● N. HOSSIS, SPENCER
  Apt:      State: OK  Zip: 73804    Phone: 405●●-8299   Adu/Juv: A
  POB: OKC, OK      Hair: BLK  Eye: BRO  Hgt: 510  Wgt: 165   Bld: MED
Business Name:
                        Phone:


  Driver License: ████████     Social Security: █████████
  CII:     FBI:       Booking Number:
================= CRIME ANALYSIS ELEMENTS =====================
  Age: 34   Build: MED

================= NARRATIVE ==============================
SPRINGLAKE TELEPHONE REPORT
VIPER OVERTIME

CHARGES:

CLEVELAND COUNTY FELONY WARRANT/CF2008-1514/RAPE

BODY OF REPORT:

ON ABOVE DATE AND TIME I WAS WORKING SPRINGLAKE VIPER OVERTIME. I CONDUCTED A
TRAFFIC STOP ON THE ABOVE LISTED VEHICLE AT NE. 30TH AND MARTIN LUTHER KING. I
MADE CONTACT WITH THE DRIVER, IDENTIFIED AS IP ███████ I OBTAINED HIS DRIVERS
LICENSE AND INSURANCE. I ALSO MADE CONTACT WITH THE FRONT SEAT PASSENGER ALSO
KNOWN AS AR ANTWINE AND I OBTAINED HIS IDENTIFICATION.

I RETURNED TO MY VEHICLE AND MADE CONTACT WITH CIU WHO ADVISED THAT AR ANTWINE
HAD THE ABOVE OUTSTANDING WARRANT. SGT. WALLACE, #1322 RESPONDED TO MY TRAFFIC
STOP. MYSELF AND SGT. WALLACE HAD AR ANTWINE STEP OUT OF THE VEHICLE WHERE HE
WAS PLACED UNDER ARREST, HANDCUFFED AND PLACED IN THE BACK SEAT OF SGT.
WALLACE' PATROL CAR. I RELEASED IP ███████ IN THE FIELD.

AR ANTWINE WAS TRANSPORTED TO THE OK COUNTY JAIL WHERE HE WAS BOOKED FOR THE
ABOVE WARRANT.

------------------------------------------------------------2014-0043527-000

Approved By:                [JB9090] on 5/31/2014

# Incident Report

The City of
**OKLAHOMA CITY**
Police



| Incident Number | CAD Incident # |
|---|---|
| 2020-0097650 | 202012-0064928 |
| Report Type | Page  4  of  7 |
| Incident Report | |
| Date / Time Occurred | Date / Time Reported |
| 12/25/2020 15:00 to  12/25/2020 15:05 | 12/25/2020 15:05 |

| Arson | Precipitating Circumstance | Instrument Used |
|---|---|---|

Comments

## Associated Offenses

| Offense | Associated With |
|---|---|
| 13B GROUP A - SIMPLE ASSAULT | ☑ Suspect |

## ARREST

| Arrested As | Arrest Number | Arrest Type | Disposition |
|---|---|---|---|
| ☑ Adult  ☐ Juvenile | 2000041776 | ON-VIEW ARREST (NEW/ NO PRIOR | OKLAHOMA COUNTY JAIL |

| Arrest | |
|---|---|
| 12/25/2020 15:25 | ☑ Arrested on Scene |

### Arrest Address

**Street Address**
14█ NE 25TH ST

| City | State | Zip | Division |
|---|---|---|---|
| OKC | OKLAHOMA | 73111 | SPRINGLAKE |

| Test Given | Test Date/Time | Test Results | Test |
|---|---|---|---|
| Test Given | Test | Test Results | Test |

| Arresting Officer | Transporting Officer | Transported Date/Time |
|---|---|---|
| HARMAN, TYLER - 2147 | HARMAN, TYLER - 2147 | |

| Weapon 1 | Automatic Weapon 1 | Weapon 2 |
|---|---|---|
| UNARMED | | |

| Automatic Weapon 2 | Weapon 3 | Automatic Weapon 3 |
|---|---|---|

| Multiple Arrests | Juvenile |
|---|---|
| N/A - SINGLE INCIDENT ARREST | |

## Associated Charges

| Charge | Statute | |
|---|---|---|
| 21-644.C  DOMESTIC ASSAULT & BATTERY/ABUSE  M  (SIMPLE  21-644.C | | ☐ Felony  ☑ Misdemeanor |

| Charge Modifier | Synopsis |
|---|---|

| Date of Offense | Warrant Charge Code | Warrant Charge Description | Warrant Number | Citation Number |
|---|---|---|---|---|

| County | State | Charge Type | Warrant: ☐ Yes  ☐ No  ☑ Probable Cause |
|---|---|---|---|
| | | SS-STATE STATUTE | |

| Charge | Statute | |
|---|---|---|
| CR-TP1  TRESPASSING ON PRIVATE PROPERTY | TP1 | ☐ Felony  ☑ Misdemeanor |

| Charge Modifier | Synopsis |
|---|---|

| Date of Offense | Warrant Charge Code | Warrant Charge Description | Warrant Number | Citation Number |
|---|---|---|---|---|
| | | | | 186415613 |

| County | State | Charge Type | Warrant: ☐ Yes  ☑ No  ☐ Probable Cause |
|---|---|---|---|
| | | CR-CRIMINAL | |

| Charge | Statute | |
|---|---|---|
| JD-IP1  I W O P.DISOBEY-OBSTRUCT OFFR | IP1 | ☐ Felony  ☑ Misdemeanor |

| Charge Modifier | Synopsis |
|---|---|

| Date of Offense | Warrant Charge Code | Warrant Charge Description | Warrant Number | Citation Number |
|---|---|---|---|---|
| 12/25/2020 | | | | 186415622 |

| County | State | Charge Type | Warrant: ☐ Yes  ☑ No  ☐ Probable Cause |
|---|---|---|---|
| | | JD-JURY DIVISION | |



## Incident Report
### The City of
### OKLAHOMA CITY
### Police

| Incident Number | CAD Incident # |
|---|---|
| 2020-0097650 | 202012-0064928 |
| Report Type | Page 6 of 7 |
| Incident Report | |
| Date / Time Occurred | Date / Time Reported |
| 12/25/2020 15:00 to 12/25/2020 15:05 | 12/25/2020 15:05 |

## Victim Suspect Relationships

| Suspect | Relationship |
|---|---|
| Suspect:1 ANTWINE, ERNEST | |

## Associated Offenses

| Offense | Associated With Victim |
|---|---|
| 13B GROUP A - SIMPLE ASSAULT | ☑ |

| OTHER PERSON | Person Type |
|---|---|
| | REPORTING PERSON |

**Name (Last, First Middle)**

| Suffix | Nickname | Race | Sex | SSN | Date of Birth | Age | Age Range |
|---|---|---|---|---|---|---|---|
| | | BLACK/ AFRICAN | MALE | | | 67 | to |

### Details

| Height | Max Height | Weight | Max Weight | ☐ Guardian Notified | Guardian Notified On | Guardian Notified By |
|---|---|---|---|---|---|---|

| Guardian | | Guardian Of |
|---|---|---|

| Driver's License # | DL State | FBI # | SBI # | SBI State |
|---|---|---|---|---|

| Place of Birth | Citizenship | Ethnicity | Marital Status |
|---|---|---|---|

| Hair Color | Hair Length | Glasses | Eye Color |
|---|---|---|---|

| Build | Facial Hair | Voice | Complexion | Resident |
|---|---|---|---|---|

| Preferred | Home Phone | Cell Phone | Other Phone | Email Address |
|---|---|---|---|---|

### Other Person Home Address

| Street Address | |
|---|---|

| City | State | Zip |
|---|---|---|

### Other Person Employment Information

| ☐ Student | Employer / School | Occupation |
|---|---|---|

| Street Address | |
|---|---|

| City | State | Zip | Work Phone | Hours of Employment |
|---|---|---|---|---|

## Narrative Information

BWC available for this incident.

On 12/25/2020 at approximately 1500 hours Sgt. Fry #1931 and I were dispatched to 14██ NE 25th St in reference to a domestic. Call notes stated there were ████████ who were in a physical altercation. When we arrived we made contact with RP ██ who stated ████████, AR Ernest and VI ███ had gotten in a physical fight because Ernest was acting in a threatening manner towards ██████. ████ told us which room Ernest was in and we located Ernest in a bedroom laying on his back and seemed to be very out of breath and I could see blood on his teeth and mouth. Ernest was asked what happen and he said nothing. After determining if Ernest was allowed to be there, ████ said he could not stay at the house and Ernest does not live there and wanted him to leave. Ernest was asked to get off the bed and he refused. Officers tried to grab Ernest's hands and he pulled away and said he lived there and not to touch him. It was very apparent Ernest did not want to be placed in to custody. Ernest was told several times to place his hands behind his back, but was not listening to verbal commands and officers had to assist Ernest in placing his hands behind his back. I assisted in holding Ernest's legs so he could not kick myself or other officer's present and I maintained that position until he was safely detained.



**Incident Report**
The City of
**OKLAHOMA CITY**
Police

| Incident Number 2020-0097650 | CAD Incident # 202012-0064928 |
|---|---|
| Report Type Incident Report | Page 7 of 7 |
| Date / Time Occurred 12/25/2020 15:00 to 12/25/2020 15:05 | Date / Time Reported 12/25/2020 15:05 |

Once handcuffs were placed on Ernest he was escorted out of the house and placed in the back of a patrol car. Ernest then began putting his feet in the seat of the patrol car and jumping head first in to the window of the back seat. With very unfortunate timing, Ernest had prepared to jump and hit his head against the window again, however, the back door was being opened at the same time and Ernest came out of the vehicle. Once outside the car Ernest was given verbal commands to roll over to his stomach and a leg hobble was placed on Ernest's ankles. I assisted with crossing Ernest's feet and placing the leg hobble around Ernest's ankles. EMSA was called to the scene as a precaution because Ernest hit his head very hard and was breathing heavily.

Once Ernest was now safely detained I spoke with VI ████. ███ said Ernest was either high or drunk and was causing problems. ███ said Ernest was acting in a threatening manner towards ███████, RP ████, and ███ went to intervene. ███ said Ernest pushed him and ███ tried to defend himself. ███ said Ernest scratched and struck him in the face numerous times. I could see a scratch on the left side of ████ face and his right nostril was bloody. ███ did not wish to press charges on Ernest at this time, however, due to there being visible injuries to ████, Ernest was charged with domestic assault and battery.

I then spoke to ████ who stated Ernest was threatening towards him so ███ stepped in to defend him and the altercation started. ████ said Ernest was the aggressor and ████ was just trying to stand up for him. ████ said Ernest does not like there and signed a citation for trespassing. Due to Ernest pulling away from officer's while being placed in to custody Ernest was also charged with IWOP-obstruction.

Lt. Land arrived on scene and took pictures of both Ernest and ████ and a probable cause affidavit was signed. Ernest was transported by EMSA to St. Anthony's Hospital because he appeared to be intoxicated and was breathing heavily.

For more information on this incident please refer to officer's supplemental.



# Incident Report

**The City of**
**OKLAHOMA CITY**
**Police**

| Incident Number | CAD Incident # |
|---|---|
| 2021-0016518 | 202103-0023840 |
| Report Type | Page 2 of 8 |
| Incident Report | |
| Date / Time Occurred | Date / Time Reported |
| 3/9/2021 15:01 to 3/9/2021 17:45 | 3/9/2021 20:40 |

| Property Target 2 | | | Property Target 3 | | |
|---|---|---|---|---|---|
| Time of Day | Victim Target | | | Victim Activity | |
| Action 1 to Premises | | | Action 2 to | | |
| Action 3 to | | | Action 1 on Victim | | |
| Action 2 on Victim | | | Action 3 on Victim | | |
| Other Action 1 | | | Other Action 2 | | |
| Other Action 3 | | | Solicited Offered 1 | | |
| Solicited Offered 2 | | | Solicited Offered 3 | | |
| Weapon 1 | | | Weapon 1 Auto | | |
| Weapon 2 | | | Weapon 2 Auto | | |
| Weapon 3 | | | Weapon 3 Auto | | |
| Arson | Precipitating | | | Instrument Used | |
| Comments | | | | | |

## SUSPECT    ☑Known    ☐Unknown    ☑Arrested

**Name (Last, First Middle)**
ANTWINE, ERNEST EUGENE

| Suffix | Nickname | Race | Sex | SSN |
|---|---|---|---|---|
| | | BLACK/ AFRICAN AMERICAN | MALE | ▮▮▮ |

| Date of Birth | Age | Age Range | Age At Time Of Incident |
|---|---|---|---|
| 06/20/1979 | 41 | to | 41 |

### Details

| Height | Max Height | Weight | Max Weight | Driver's License # | DL State | Local BR # |
|---|---|---|---|---|---|---|
| 5'10" | | 165 | | ▮▮▮ | OKLAHOMA | |

| SID | FBI # | SBI # | SBI State |
|---|---|---|---|
| | 0866953RB1 | 01250715 | |

| Place of Birth | Citizenship | Ethnicity | Marital Status |
|---|---|---|---|
| OKC, OK | | NOT OF HISPANIC | |

| Hair Color | Hair Length | Glasses | Eye Color | Build |
|---|---|---|---|---|
| BLACK | | | BROWN | MEDIUM |

| Facial Hair Color | Facial Hair | Voice | Complexion | Hand Preference |
|---|---|---|---|---|
| | | | | |

| Preferred | Home | Cell Phone | Other Phone | Email Address |
|---|---|---|---|---|
| | | | | |

### Suspect Home Address

**Street Address**
TRANSIENT

| City | State | Zip |
|---|---|---|
| Oklahoma City | OKLAHOMA | 73120 |

### Suspect Employment Information

☐Student    Employer /                              Occupation



# Incident Report
The City of
**OKLAHOMA CITY**
Police

| Incident Number | CAD Incident # |
|---|---|
| 2021-0016518 | 202103-0023840 |
| Report Type | Page 4 of 8 |
| Incident Report | |
| Date / Time Occurred | Date / Time Reported |
| 3/9/2021 15:01 to 3/9/2021 17:45 | 3/9/2021 20:40 |

| Arson | Precipitating Circumstance | Instrument Used |
|---|---|---|

Comments

## Associated Offenses

| Offense | Associated With Suspect |
|---|---|
| 35A GROUP A - DRUG / NARCOTIC VIOLATIONS | ☑ |

## ARREST

| Arrested As | Arrest Number | Arrest Type | Disposition |
|---|---|---|---|
| ☑ Adult ☐ Juvenile | 2100045805 | ON-VIEW ARREST (NEW/ NO PRIOR | RELEASED AT HOSPITAL |

| Arrest | |
|---|---|
| 3/9/2021 15:30 | ☑ Arrested on Scene |

## Arrest Address

Street Address
1439 NE 25TH ST

| City | State | Zip | Division |
|---|---|---|---|
| OKC | OKLAHOMA | 73111 | SPRINGLAKE |

| Test Given | Test Date/Time | Test Results | Test |
|---|---|---|---|
| Test Given | Test | Test Results | Test |

| Arresting Officer | Transporting Officer | Transported Date/Time |
|---|---|---|
| WALBERGH, QUINTON - 2292 | WALBERGH, QUINTON - 2292 | 03/09/2021 00:00 |

| Weapon 1 | Automatic Weapon 1 | Weapon 2 |
|---|---|---|
| UNARMED | | |

| Automatic Weapon 2 | Weapon 3 | Automatic Weapon 3 |
|---|---|---|

| Multiple Arrests | Juvenile |
|---|---|
| N/A - SINGLE INCIDENT ARREST | |

## Associated Charges

| Charge | Statute | |
|---|---|---|
| 63-2.401.A1 DISTRIBUTE OR DISPENSE CDS | 63-2.401.A1 | ☑ Felony ☐ Misdemeanor |

| Charge Modifier | Synopsis |
|---|---|
| AFTER FORMER CONVICTION | |

| Date of Offense | Warrant Charge Code | Warrant Charge Description | Warrant Number | Citation Number |
|---|---|---|---|---|
| 03/09/2021 | | | | |

| County | State | Charge Type | Warrant: ☐ Yes ☐ No ☑ Probable Cause |
|---|---|---|---|
| OK | OKLAHOMA | SS-STATE STATUTE | |

| Charge | Statute | |
|---|---|---|
| CR-TP1 TRESPASSING ON PRIVATE PROPERTY | TP1 | ☐ Felony ☑ Misdemeanor |

| Charge Modifier | Synopsis |
|---|---|

| Date of Offense | Warrant Charge Code | Warrant Charge Description | Warrant Number | Citation Number |
|---|---|---|---|---|
| 03/09/2021 | | | | 186843971 |

| County | State | Charge Type | Warrant: ☐ Yes ☑ No ☐ Probable Cause |
|---|---|---|---|
| OK | OKLAHOMA | CR-CRIMINAL | |

## VICTIM

| Victim Type |
|---|
| INDIVIDUAL / PERSON |

Name (Last, First Middle)

| Suffix | Nickname | Race | Sex | SSN |
|---|---|---|---|---|
| | | BLACK/ AFRICAN AMERICAN | FEMALE | |



# Incident Report

### The City of
### **OKLAHOMA CITY**
### Police

| Incident Number 2021-0016518 | CAD Incident # 202103-0023840 |
|---|---|
| Report Type Incident Report | Page 7 of 8 |
| Date / Time Occurred 3/9/2021 15:01 to 3/9/2021 17:45 | Date / Time Reported 3/9/2021 20:40 |

| Offense | ☑ Associated With Victim |
|---|---|
| 35A GROUP A - DRUG / NARCOTIC VIOLATIONS | |

## EVIDENCE

| Tag # I00023IW | Category DRUGS | Action EVIDENCE |
|---|---|---|

| Description |
|---|
| 4 VIALS OF PCP. TPW 14.95 GRAMS. SEAL ██████ |

| Type PCP | Schedule SCHEDULE I | Form LIQUID | Packaging Type VIAL |
|---|---|---|---|

| Units 4 | Measurement | Value Per Unit | Total Value 0 | Package Quantity |
|---|---|---|---|---|

| ☐ Clandestine Lab | ☐ Indoor Recovery | Plant Size | Seal Number ████ |
|---|---|---|---|

| Comment |
|---|
| 4 FULL VIAL OF PCP |

| Recovered | Recovered To | Recovery Site | Recovered By |
|---|---|---|---|

| Recovery |
|---|

| Summary |
|---|

| DRUG | Drug Type PCP | Action SEIZED | Quantity 4 |
|---|---|---|---|

| Date Recovered 03/09/2021 | Estimated Street Value 0 | Units of Measurement GRAMS |
|---|---|---|

| Marijuana (For Drug Type E=Marijuana and Measurement NP = No. of Plants) | | | |
|---|---|---|---|
| Location | Number of Plots | Latitude | Longitude |

| Comment |
|---|
| 4 FULL VIAL OF PCP |

| Associated Offenses |
|---|

| Offense | ☑ Associated With Drug |
|---|---|
| 35A GROUP A - DRUG / NARCOTIC VIOLATIONS | |

## Narrative Information

BWC Activated.

On 03-09-2021 at approximately 1501 hours, I was patrolling in the area of NE 23rd street and MLK when VI flagged me down in the CVS parking lot.

When I made contact with VI she stated ██████, later known as AR, was at her house high on "water". AR had been trespassed from the house several times and VI did not feel safe to return home until AR was gone.

VI signed a trespassing citation against AR and granted myself and other officers access to her home at ●●● NE 25th street to remove AR.

For further information regarding other offices involvement, reference their reports under the above listed case number.

When myself and other officers arrived at 1439 NE 25th street, we entered the house and made contact with AR. AR was laying on the couch and was not responsive. OKC Fire and EMSA were advised.

While AR was being searched, four full vials consistent with that of PCP were discovered in AR's front left pocket along with $213



**Incident Report**

The City of
**OKLAHOMA CITY**
Police

| Incident Number | CAD Incident # |
|---|---|
| 2021-0016518 | 202103-0023840 |
| Report Type | Page 8 of 8 |
| Incident Report | |
| Date / Time Occurred | Date / Time Reported |
| 3/9/2021 15:01   to  3/9/2021 17:45 | 3/9/2021 20:40 |

cash. The vials had a TPW of 14.95 grams.

EMSA transported AR to Saint Anthonys hospital where he was admitted due to his conditions.

I contacted LT. Land #1484 and notified him that AR was being admitted. I was instructed the Watch Commander approved for AR to be charged out of custody.

AR's copy of his citation was placed in his property.